```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0004--CV (JWS)
              "LEE R. RICHARDS V ROGER HUGHES ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(6)
             Filed: 01/07/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    42:1983
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                               Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | RICHARDS, LEE R. | Lee R. Richards<br>Pro Per: 17823<br>PCC<br>POB 919<br>Palmer, AK 99645-0919 |
| DEF 1.1 | HUGHES, ROGER PA | Marilyn J. Kamm<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99811-0300<br>907-465-3428<br>FAX 907-465-4043 |
| DEF 2.1 | HALE, ROGER PA | Marilyn J. Kamm<br>(see above) |
| DEF 3.1 | GREATHOUSE, PA | Marilyn J. Kamm<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0004--CV (JWS)
                         "LEE R. RICHARDS V ROGER HUGHES ET AL"

                                    For all filing dates
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4(6)
              Filed: 01/07/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (550) Prisoner - Civil Rights
                     42:1983
             Origin: (1) Original Proceeding
             Demand: 9999
         Filing fee: In Forma Pauperis
           Trial by:
```

```
Document #  Filed      Docket text
────────────────────────────────────────────────────────────────────────────────

    1  -  1  01/07/05  PLF 1 motion (application ) to waive filing fee w/att exhs.

    2  -  1  01/07/05  Complaint under 42:1983 filed w/att exhs.

    3  -  1  01/07/05  PLF 1 motion for appointment of counsel w/att exhs.

    4  -  1  01/28/05  JWS Order directing service and response. Plf to insure service w/in 120
                       days.  Plf to complete summons for PA Greathouse, Roger Hughes & Roger
                       Hale  and return the summon  plus copies for each def to the court for
                       signature & seal.  Plf to send complete summons issued by the court with
                       Form 285, a copy of the complaint and an original summons and a copy of
                       this order to the USM.  The clerk shall send immediately a copy of this
                       order the complaint, and the summons (once issued) to John Bodick.  W/in
                       21 days from the date of service of this order the AG shall file an
                       appearance for each def that the AG represents, or as to any other def
                       as stated the AG to provide to the USM  def's last know addresses
                       contained in state personnel files.  The information to be maintained as
                       confidential by the USM. The AG shall w/in 21 days from this. order,
                       file a notice identifying the defs whom addresses have been provided to
                       the USM and as further stated.  USm to served defs, plf is responsible
                       for paying USM for service.  Def have 30 days to file answer. Plf
                       application for appointment of counsel is denied. Plf to follow LR
                       10.1(b).  Case is referred to MJ Roberts.  Clerk to send summons & Pro
                       se hancbook to plf.  cc: L. Richards w/summons & pro se handbook, PSLC,
                       MJ Roberts, USM, J. Bodick

    5  -  1  01/28/05  JWS Order granting motion (application) to pay filing fee in
                       installments as stated (1-1).  cc: L. Richards, MJ Roberts, Finance,
                       PSLC, PCC

    6  -  1  02/08/05  AAG's Notice of last know addresses for DEF 1 & 2.

 NOTE -  1  02/16/05   Issued: summons re: DEF 1,2,& 3.

    7  -  1  04/06/05  DEF 3 Attorney Appearance of Marilyn J. Kamm(AAG-Juneau).

    8  -  1  04/15/05  DEF 3 motion to dismiss w/att exhs.
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0004--CV (JWS)
                    "LEE R. RICHARDS V ROGER HUGHES ET AL"

                             For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 9 - 1 | 04/20/05 | DEF 3 Notice of filing original signature page of McGinty's aff. re: DEF 3 motion to dismiss  (8-1) . |
| 10 - 1 | 04/21/05 | USM Return of svc of summons re: DEF 3  on 3/15/05. |
| 11 - 1 | 04/21/05 | USM Return of svc of summons re: DEF  1 on 4/20/05. |
| 12 - 1 | 04/21/05 | USM Return of svc on summons re: DEF 2 on 4/20/05. |
| 13 - 1 | 05/03/05 | PLF 1 opposition to DEF 3 motion to dismiss (8-1) w/att affs. |
| 14 - 1 | 05/12/05 | DEF 3 reply to opposition to DEF 3 motion to dismiss (8-1) w/att exh. |
| 15 - 1 | 05/13/05 | DEF 3 Notice of filing original signature page to aff of T. Lyden re: rply to oppo re: DEF 3 motion to dismiss (8-1) w/att signature page. |
| 16 - 1 | 05/16/05 | DEF 3 Second Affidavit of Sgt. McGinty  re: DEF 3 motion to dismiss(8-1)/ |
| 17 - 1 | 05/20/05 | DEF 3 Notice of filing original signature page of second affidavit of Sgt McGinty  re: reply to opp to DEF 3 motion to dismiss (8-1)w/att signature page. |
| 18 - 1 | 05/23/05 | PLF 1 motion to dismiss affidavit of Timothy Lyden. |
| 19 - 1 | 05/25/05 | PLF 1 Report re: case summary w/att exhs. |
| 20 - 1 | 05/26/05 | JDR Minute Order re pltf to require an answer or apply for default re DEF 1-2 due w/in 20 days. cc: cnsl |
| 21 - 1 | 05/26/05 | JDR Order granting pltf's app for assistance in securing cnsl for the sole purpose of litigating the issue of exhaustion of admin remedies (13-1); ck to send copies of the docket & record to Kara Nyquist, AK Pro Bono Program, Inc.; Ms. Nyquist to find a volunteer atty to represent pltf & notify the crt & pltf when, & if, cnsl is secured. cc: cnsl, K. Nyquist |
| 22 - 1 | 05/31/05 | DEF 3 opposition to PLF 1 motion to dismiss affidavit of Timothy Lyden (18-1). |
| 23 - 1 | 06/01/05 | PLF 1 motion for stay w/att exh. |
| 24 - 1 | 06/03/05 | JDR Minute Order granting motion for stay pending appt of pro bono cnsl (23-1). cc: cnsl |
| 25 - 1 | 06/07/05 | PLF 1 Application (motion) for entry of default as to DEF 1 & 2 w/att exh. |
| 26 - 1 | 06/08/05 | Clerk's Notice entering default as to DEF 1 & 2. cc: cnsl |
| NOTE - 2 | 06/14/05 | Notation: Plf payment towards filing fee $ 20.00 (receipt # 00125934). |
| 27 - 1 | 06/14/05 | DEF 1-2 Attorney Appearance of M. Kamm. |
| 28 - 1 | 06/14/05 | DEF 1-2 joinder to DEF 3 motion to dismiss (8-1). |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0004--CV (JWS)
                         "LEE R. RICHARDS V ROGER HUGHES ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 06/14/05 | DEF 1-2 motion for reconsideration of entry of default. |
| 30 - 1 | 06/20/05 | PLF 1 Affidavit for dft judg Rule 55(b) w/att exhs. |
| NOTE - 3 | 06/22/05 | Notation: plf payment on filing fee $4.15 (receipt # 00125998). |
| NOTE - 4 | 06/23/05 | Notation: plf payment of partial filing fee $25.00 (receipt # 00126010). |
| 31 - 1 | 06/23/05 | DEF 1-2 opposition to DEF 1-2 motion for reconsideration of entry of default (29-1). |
| 32 - 1 | 06/27/05 | PLF 1 Affidavit for dft judg per Rule 55.(b) w/att memo & exhs. |
| 33 - 1 | 07/01/05 | PLF 1 Certificate of svc of amount of judg. |
| 34 - 1 | 07/06/05 | DEF 1-3 opposition to judg of R. Hughes for dft & judg of R. Hale for dft. |
| 35 - 1 | 07/12/05 | PLF 1 motion to strike opposition to judgment of Roger Hughes & Roger Hale for default. |
| 36 - 1 | 07/12/05 | PLF 1 Amended Claim for relief. |
| 37 - 1 | 07/15/05 | PLF 1 motion to supplement amended claim for relief pursuant to Rule 15(d). |
| 38 - 1 | 07/15/05 | PLF 1 Affidavit of L. R. Richards re: docs sent from AAG-Juneau. |
| 39 - 1 | 07/18/05 | DEF 1-3 motion to strike amended claim for relief. |
| 40 - 1 | 07/18/05 | DEF 1-3 opposition to PLF 1 motion to strike opposition to judgment of Roger Hughes & Roger Hale for default (35-1). |
| 41 - 1 | 07/20/05 | DEF 1-3 opposition to PLF 1 motion to supplement amended claim for relief pursuant to Rule 15(d) (37-1). |
| NOTE - 5 | 07/25/05 | Notation: plf payment on filing fee # 1.20 (receipt #00126213) |
| 42 - 1 | 07/25/05 | PLF 1 Affidavit re: dkt 30 w/att exh. |
| 43 - 1 | 08/02/05 | PLF 1 motion for judgment on decission by the crt pursunat to rule 54.(c). |
| 44 - 1 | 08/09/05 | DEF 1-3 opposition to PLF 1 motion for judgment on decission by the crt pursuant to rule 54.(c) (43-1). |
| 45 - 1 | 09/06/05 | PLF 1 Notice of sending copies of the following: process receipt & rtn (USM), cert mail receipt (Hughes & Hale), List of costs for copies, postage & crt payments and cy of statement of acct w/att exhs. |
| 46 - 1 | 10/17/05 | PLF 1 Notice re correspondence from Federal Court w/att exhs. |