


**FILED**

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEE R. RICHARDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROGER HUGHES, et al.,<br><br>　　　　Defendants. | Case No. A05-0004 CV (JWS)<br>[ECF 3:05-00004-CV-JWS-JDR]<br><br>**ORDER REGARDING COUNSEL**<br>and<br>**SCHEDULING STATUS<br>CONFERENCE** |

　　　　Lee R. Richards, representing himself, has filed a civil rights complaint, and an application for appointment of counsel.[1] The Court concluded that Mr. Richards is an indigent litigant who has arguably alleged a meritorious cause of action in which counsel would be helpful on the issue of exhaustion of his administrative remedies, and referred the matter to Alaska Pro Bono Program, Inc.[2]

---

　　　　[1] See Docket Nos. 2, 3.

　　　　[2] See Docket No. 21.

47

The Court warned, however, that there is no constitutional right to counsel at public expense in civil cases.[3] The Court may not compel an attorney to assist an indigent litigant without pay, but may only <u>request</u> that a private attorney represent an indigent civil litigant.[4] There are no guarantees. The Court has now received notice that the Pro Bono Program is unable to secure a voluntary lawyer to represent Mr. Richards on this issue. This Court has no other source of volunteer attorneys. Mr. Richards must, therefore, either find an attorney willing to represent him, or represent himself in this action. Accordingly, this matter shall now be scheduled for a **status conference** to be held on **Wednesday, January 11, 2006 at 9:30 a.m.** State attorney Ms. Kamm is directed to make the necessary arrangements to have Plaintiff Richards (presently housed at the Palmer correctional facility) participate telephonically by calling 907-677-6231.

DATED this 16th day of December, 2005, at Anchorage, Alaska.

JOHN D. ROBERTS
United States Magistrate Judge

---

[3] See Docket No. 21 at 2.

[4] See *Mallard v. United States District Court*, 490 U.S. 296, 300-308 (1989).