MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LEE R. RICHARDS v. ROGER HUGHES, et al

Case No. *A05-004 CV (JWS/JDR)*
**3:05-cv-00004-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

For the purpose of recording keeping and to eliminate any confusion for Mr. Richards the following motions and deadlines were ruled on at the status conference held January 11, 2006:

The Court **GRANTED** the Motion **@29** to Set Aside Default; The Default entered **@26** is **set aside**; Court **DENIED** Motion **@18** To Dismiss Affidavit of Timothy Lyden; Court **DENIED** Motion **@35** To Strike Opposition to Judgment;

Court set time to file **Reply** re (Ptlf's) Motion to Supplement Amended Claim for Relief **@37**-Plaintiff to file reply by COB 01/26/06.  Court set time to file **Opposition** re (Defts') Motion to Strike Amended Claim **@39**-Plaintiff to file reply by COB 01/26/06.  Reply, if any, by Defendant(s) shall be due 5 days after receipt of Plaintiff's opposition.

Upon receipt of **Reply** on Motion @37 and **Opposition and Reply** on Motion @39, Court will take these matters under advisement.

Defendant's Motion to Dismiss **@8** will be decided after ruling on Motions @37 & 39 are decided.

Plaintiff in this matter is pro se and not privy to electronic notification, accordingly the clerk shall provide a hard copy of this chamber order to the plaintiff.  Other parties shall be noticed in accordance with the CM-ECF policy.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 12, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.
T:\2006\06 CV\3-05-cv-00004-JWS-JDR Richards MO Re Motion Schedule.wpd