LEE R. Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska
    99645

RECEIVED
JAN 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LEE ROY RICHARDS pro se    )
                           )
    PLAINTIFF,              )
                           )
    V.                      )
                           )
ROGER HUGHES et al          )
                           )
    DEFENDANTS,             )
                           )
                           )   CASE NO. A05-0004 CV (JWS)

MOTION TO AMEND

AMENDED CLAIM FOR RELIEF

RULE 15(a)

Comes now Lee Roy Richards pro se, and in his own right, would like to amend the Motion dated 6/10/2005 I belive to be Docket # 38 (to change Rule 8(a) to read as Rule 15(d) as that was a typo due to a bunch of commotion in the Law Library at the time of the writing of that Motion Which caused me to loose all concentration in the writing of the said Motion.

Dated this 19th day of Janruary 2006 at Palmer Correctional Ct.

FURTHER YOUR AFFAINT SAYETH NAUGHT.

I Certify that a true copy of the above **Motion to amed** was sent postage paid to Marilyn J. Kamm (asst. att. Gen.) Juneau on 1/21/2006.

_Lee Richards_ pro se

_Lee Richards_ Pro se
Lee Roy Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

Richards V. Hughes et al  Case number A05-0004 CV (JWS)