LEE R. RICHAR ) pro se
PALMER CORRECTIONAL Ct.
P.O. BOX 919
PALMER, ALASKA 99645-0919

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LEE R. RICHARDS pro se  )
    PLAINTIFF,  )
V.  )
ROGER HUGHES et al  )
    DEFENDANTS,  )
_____ )  CASE No. A05-0004 CV (JWS)

## AMENDED CLAIM FOR FELIEF
### PURSUANT TO RULE 8(a)

Comes now LEE R. RICHARDS PRO SE, and in his own right, states that Roger Hughes and Roger Hale, being PHYSICIANS ASSISTANTS at Palmer Correctional Center, have denied LEE R. RICHARDS, all Medical attention to the injury to his BACK (VERTEBRA) and very limited Medical attention to his Right Shoulder for Damaged Rotator Socket. All of which is a violation of his 8th Amendment Constitutional Right to Medical Attention;

and both Roger Hughes and Roger Hale being duly served a Complaint and Summons to appear, failed to answer to the Complaint and Summons, and Default Judgement being entered against them.

Plaintiff hereby seeks from both the Defendants Judgement in the amount of.......... $ 2,333,333.30 Dollars

RICHARDS. V. HUGHES et al , In Case No. A05-0004 CV (JWS)

Page 1 of 2

all of which is 66% of the principal amount asked for in the suit.

### PRINCIPAL AMOUNT OF SUIT

```
GENERAL DAMAGES IN THE AMOUNT OF.........$ 1,000,000.00 DOLLARS
PUNITIVE DAMAGES IN THE AMOUNT OF........$ 2,000,000.00 DOLLARS
FUTURE MEDICAL EXPENSES..................$   500,000.00 DOLLARS
SUM TOTAL OF.............................$ 3,500,000.00 DOLLARS
```

Plaintiff seeks damages from both Roger HUghes and Roger Hale in the amount of;

**ROGER HUGHES**   General Damages;...............$ 333,333.33
                   Punitive Damages;..............$ 666,666,66
                   Future Medical expenses;.......$ 166,666.66
                              AT A TOTAL OF      $ 1,166,666,65

**ROGER HALE**     General Damages;...............$ 333,333.33
                   Punitive Damages;..............$ 666,666,66
                   Future Medical Expenses;.......$ 166,666.66
                              AT A TOTAL OF      $ 1,166,666.65

all of which is a grand total of;..............$ 2,333,333.30 Plaintiff is entitled to relief, and the demand for judgement for relief the pleader seeks.

THIS PLEADER SEEKS..................... $ 2,333,333.30

I HEREBY CERTIFY THAT A COPY OF THE
ABOVE **CLAIM FOR RELIEF** WAS MAILED,
POSTAGE PAID, TO
**UNITED STATES DISTRICT COURT, ANCHORAGE**
AND
**MARILYN J. KAMM (AG-JUNEAU)**

*[signature]* 6-10-05

LEE R. RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

LEE R. RICHARDS V. ROGER HUGHES etal, In Case No. A05-0004 CV (JWS)

Page 2 of 2