LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

RECEIVED
JAN 23 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LEE ROY RICHARDS pro se        )
                               )
     PLAINTIFF,                )
                               )
     V.                        )
                               )
ROGER HUGHES et al             )
                               )
     DEFENDANTS,               )
_____)  CASE NO. A05-0004 CV (JWS)

**OPPOSITION TO MOTION TO STRTIKE**

Comes now Lee R. Richards pro se, and in his own right, opposes the Motion to Strike on the Grounds that Defendants violated Lee R. Richards Constitutional Rights to Medical attention on the Following Dates, 4/23/2003- 7/28/2003- 8/12/2003- 8/15/2003- 8/21/3003- 8/22/2003- 10/2/2003- 10/7/2003- 11/4/2003- 11/16/2003-12/17/2003- 12/24/2003- 1/6/2004- 1/18/2004 these dates represent the Dates that cop-out were sent in and nothing was done to find out what if anything was causing the pain that I was and still am having in my **Back and Right Shoulder**, I have been Refused Medical Treatment and have been made to suffer Excruciating Pain sense December 1, 2002, This is due in part by the Indifferance that the Medical Staff here at Palmer Correctional center show twards all Inmates, not just me. Because I can't get Medical attention elswhere the medical staff

Richards V. Hughes  Case number A05-0004 CV (JWS)

Page 1 of 2

is required by Law to insure that I get the Adequate Medical attention, anything less is a Violation of My Constitutional Rights as a citizen of the State of Alaska and the United States of America.

Dated this 19th Day of Janruary, 2006 at Palmer, Alaska.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Lee Roy Richards pro se*
Palmer Correctional Ct.
Box 919
Palmer, Alaska-0919

I Certify that a true copy of the above **OPPOSITION TO MOTION TO SIRIKE** was Mailed to Marilyn J. Kamm (Asst Att. Gen) Juneau on the 19th of Jnaruary, 2006

Lee R. Richards pro se

Richards V. Hughes et al    Case Number A05-0004 CV. (JWS)