Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hale and Hughes

RECEIVED
JAN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ROGER HUGHES ET AL., | ) ) |
| Defendants. | ) ) |

Case No. A05-0004 CV ~~(JWS)~~  TMB JDR

## REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE

Plaintiff's opposition to defendants' motion to strike amended claim is without merit. Plaintiff is required to follow the proper court procedures in litigating his claims. Rule 8 of the Federal Rules of Civil Procedure does not address amendment of claims. Plaintiff has not complied with Rule 15, the appropriate rule in this case, and his motion should be denied.

Dated this 23rd day of January, 2006, at Juneau, Alaska.

/////

Reply to Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 1 of 2.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By: *Marilyn*
Marilyn J. Kamm
Assistant Attorney General

I certify that on January 23, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919

*Patricia Bower*
Patricia Bower, Law Office Assistant

Reply to Opposition to Motion to Strike
*Richards v. Hughes et al.*, Case A05-0004 CV (JWS)
Page 2 of 2.