1

2   Marilyn J. Kamm
    Assistant Attorney General
3   Department of Law
    Criminal Division Central Office
4   P.O. Box 110300
    Juneau, AK  99811
5   (907) 465-3428
    FAX:  (907) 465-4043
6   Alaska Bar No. 7911105
7   Attorney for Defendant Greathouse,
    Hale and Hughes
8

**RECEIVED**
JAN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

9                    IN THE UNITED STATES DISTRICT COURT

10                          DISTRICT OF ALASKA

11
    LEE R. RICHARDS,                          )
12                                            )
                Plaintiff,                    )
13                                            )
                                              )
14       vs.                                  )
                                              )
15                                            )
    ROGER HUGHES ET AL.,                      )
16                                            )
                Defendants.                   )                        TMB-JDR
17   _____         )
                                              )   Case No. A05-0004 CV (JWS)
18

       OPPOSITION TO MOTION TO AMEND AMENDED CLAIM FOR RELIEF
19

20       Defendants oppose plaintiff's motion to amend amended claim for relief.

21   He has failed to comply with Local Rule 15.1.  This rule mandates that a party who

22   moves to amend a pleading must attach the signed original and one copy to the motion.

23   That party may not incorporate any prior pleading by reference.  Local Rule 15.1(2).

24   The motion to amend claim should be denied.

25

26   Opposition to Motion to Amend Claim
     *Richards v. Hughes et al*, Case no. A05-0004 ci (JWS)
     Page 1 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

1

2   Dated this 23rd day of January, 2006, at Juneau, Alaska.

3                                    DAVID W. MÁRQUEZ
                                     ATTORNEY GENERAL
4

5                             By:    *Marilyn J. Kamm*

6                                    Marilyn J. Kamm
                                     Assistant Attorney General
7

8   I certify that on January 23, 2006, I caused
    to be mailed a true and correct copy of the
    foregoing via U.S. Postal Service to:

9   Lee R. Richards
    Palmer Correctional Center
10  P.O. Box 919
    Palmer, AK  99645

11  *Patricia Bower*
    Patricia Bower, Law Office Assistant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Opposition to Motion to Amend Claim
    *Richards v. Hughes et al*, Case no. A05-0004 ci (JWS)
    Page 2 of 2.