OR

RECEIVED

JAN 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

LEE ROY RICHARDS pro se          )
                                 )
              PLAINTIFF,         )
                                 )
        V.                       )
                                 )
ROGER HUGHES et al               )
                                 )
              DEFENDANTS,         ) CASE No A05-0004 CV (JWS)

RESPONSE TO DOCKET 39

RULE 8(A)

COMES NOW LEE ROY RICHARDS pro se AND IN HIS OWN RIGHT

STATES AS FOLLOWS, THAT WHEN MR. RICHARDS ASK THE COURTS FOR

A STAY AND IT WAS GRANTED, THE DEFENSE KEPT PUSHING PAPER

WORK THROUGH THE COURTS, LITTLE DID MR. RICHARDS REALIZE

THAT THE STAY MENT THAT ALL LITIGENTS WERE TO STOP. AS THE

PAPERS WERE FLYING AND MR. RICHARDS FUNDS WERE RECEEDING DUE

TO THE COSTS OF POSTAGE AND MAILING AND THE FACT THAT ALL

LITIGATION HAS TO BE ANSWERED WITHIN A CERTAIN AMOUNT OF

TIME. IN RESPONSE TO A MOTION, I CAME ACROSS RULE 8. HOPEING

THAT THE COURTS WOULD STOP THE RUNAWAY LITIGATION UNTIL PRO

BONO COUNSEL COULD BE ARRANGED. I WAS ASKING THE COURTS TO

RICHARDS V. HUGHES et al Case No. A05-0004 CV (JWS)

MAKE A DECISSION ON THE DEFAULTS THAT WERE ENTERED BY THE

COURT AS I WAS UNDER THE IMPRESSION THAT WAS THE PROPER WAY

TO HANDLE THE SITUATION AT THE TIME.

MY OCCUPATION IS AS A MECHANIC, BODY AND PAINT PERSON,

TAXI CAB REPAIR PERSON AND ALL AROUND LABORER, AND FISHERMAN,

MY BOOK LEARNING SKILLS ARE NILL TO NONE, YET I WAS FORCED

INTO TAKING ON THE GIANT BY MY SELF. THE WAY THAT I SEE IT IS

IF THE DEFAULT IS BEING TAKIN AWAY FROM ME BECAUSE OF THE

STAY THEN ALL LITIGATION SHOULD BE DISCARDED AS OF THE DAY

THE STAY WENT INTO EFFECT. WHAT I AM TRYING TO SAY IS THAT IT

WASEN'T ME THAT SLITTED THE UNITED STATES DISTRICT COURTS BY

REFUSING TO ANSWER THE COURTS SUMMONSES. I'M NOT TRYING TO BE

DISREPECTFUL OF THE COURTS; I'M SAYING THAT THE PROFESSIONAL

SHOULDN'T BE ALLOWED TO TAKE UNFAIR ADVANTAGE OF THIS AMATEUR

IN THE LITIGATION OF THIS CASE. AFTER ALL THIS IS MY FIRST

AND PROBABLY MY LAST TIME I WILL EVER TAKE ON THE COURTS

WITHOUT PROPER REPRESENTATION.

FURTHER YOUR AFFAINT SAYETH NAUGHT.

DATED THIS 28TH DAY OF JANUARY, 2006. AT PALMER CORRECTIONAL

I CERTIFY THAT A COPY OF THE ABOVE
ABOVE RESPONSE TO DOCKET 39 WAS
SENT POSTAGE PAID TO MARILYN J. KAMM
(ASST. ATT. GEN.)JUNEAU, ALASKA ON
ALASKA ON JANUARY 28, 2006

LEE ROY RICHARDS
PALMER CORRECTIONAL CT
BOX 919
PALMER, ALASKA 99645-0919

Palmer, Alaska 99645-0919

RICHARDS V. HUGHES et al Case No. A05-0004 CV (JWS)