RECEIVED
JAN 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

LEE ROY RICHARDS pro se      )
                             )
         PLAINTIFF,          )
                             )
     V.                      )
                             )
ROGER HUGHES et al           )
                             )
         DEFENDANTS,         ) CASE No A05-0004 CV (JWS)

MOTION TO AMEND

AMENDED CLAIM FOR RELIEF

PURSUENT TO RULE 15(1)

Comes now Lee Roy Richards pro se, and in his own right would like to set forth A Motion to Amend the AMENDED CLAIM FOR RELIEF, PURSUANT TO RULE (8a).

SEE EXHIBIT A

Plaintiff would like to have the Motion read as follows

AMENDED CLAIM FOR RELIEF, PURSUANT TO RULE 15(d)

as there had been a typo due in part to a disruption in the Law Library at the time that I was doing my research and could not hold my concentration on the task at hand.

SEE EXHIBIT B.

Richards V. Hughes et at Case No A05-0004 CV (JWS)

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 29th day of January, 2006 at Palmer Correctional

*(signed)* Lee Richards pro se
Lee Roy Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

I Certify that a true copy of the above Motion to Amend Claim for Relief was Sent Postage Paid To Marilyn J. Kamm (Asst. Att. Gen. Juneau) On January 29, 2006.

*(signed)* Lee Richards pro se
Lee Roy Richards pro se

Richards V. Hughes et at Case No A05-0004 CV (JWS)

Page 2 of 2