RECEIVED
JAN 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

LEE ROY RICHARDS pro se   )
                          )
        PLAINTIFF,        )
                          )
    V.                    )
                          )
ROGER HUGHES et al        )
                          )
        DEFENDANTS,       ) CASE No A05-0004 CV (JWS)

AMENDED CLAIM FOR RELIEF

PURSUANT TO RULE 8(a)

   Comes now LEE R. RICHARDS PRO SE, and in his own right, states that Roger Hughes and Roger Hale, being PHYSICIANS ASSISTANTS at Palmer Correctional Center, have denied LEE R. RICHARDS, all Medical attention to the injury to his BACK (VERTEBRA) and very limited Medical attention to his his Right Shoulder for Damaged Rotator Socket. All of which is a violation of his 8th Amendment Constitutional Right to Medical Attention;

   and both Roger Hughes and Roger Hale being duly served a Complaint and Summons to appear, failed to answer to the Complaint and Summons, and Default Judgement being entered against them.

   Plaintiff hereby seeks from both the Defendants Judgement in the amount of............$ 2,333,333.30 Dollars

RICHARDS V. HUGHES et al Case No. A05-0004 CV (JWS) EX A

All of which is 66% of the principal amount asked for in the suit.

## PRINCIPAL AMOUNT OF SUIT

GENERAL DAMAGES IN THE AMOUNT OF........$ 1,000,000.00 Dollars

PUNITIVE DAMAGES IN THE AMOUNT OF......$ 2,000,000.00 Dollars

FUTURE MEDICAL EXPENSES ...............$ 500,000.00 Dollars

SUM TOTAL OF                           $ 3,500,000.00 Dollars

Plaintiff seeks damages from both Roger Hughes and Roger Hale in the amount of;

ROGER HUGHES    General Damages;..................$ 333,333.33
                Punitive Damages;.................$ 666,666.66
                Future Medical Expenses;..........$ 166,666.66
                            AT A TOTAL OF   $ 1,166,666.65

ROGER HALE      General Damages;..................$ 333,333.33
                Punitive Damages;.................$ 666,666.66
                Future Medical Expenses;..........$ 166,666.66
                            AT A TOTAL OF   $ 1,166,666.65

all of which is a grand total of..............$ 2,333,333.30

Plaintiff is entitled to relief, and the demand for judgment for relief the pleader seeks.

THIS PLEADER SEEKS                              $ 2,333,333.30

I Hereby Certify That A COPY OF THE             *Richard Rose* (signature)
ABOVE CLAIM FOR RELIEF was mailed,              LEE R. RICHARDS pro se
Postage paid, to                                PALMER CORRECTIONAL CT
UNITED STATES DISTRICT COURT, ANCHORAGE         BOX 919
And                                             PALMER, ALASKA 99645-0919
MARILYN J. KAMM (AG- JUNEAU)

RICHARDS V. HUGHES et al Case No. A05-0004 CV (JWS)

Page 2 of 2