LEE RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA
       99645

RECEIVED
JAN 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEE ROY RICHARDS pro se ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| ROGER HUGHES et al ) | |
| ) | |
| DEFENDANTS, ) | |
| _____ ) | CASE NO. A05-0004 CV (JWS) |

Comes now Lee Richards in his own right and states that on May 26th the District Court sent me a Minute Order from Chambers stating that this particular part of the was not at issue, and the time for response has expired and that the Court Clerk required an answer emmediatly or apply for default.   **SEE EXIBIT 1**

On June 3rd 2005, I submitted a Affidavit for Default Judgement, pursuant to RULE 54.(b)(c) and RULE 54.(b)(1), at that time I was sent a Minute Order from the Clerk stating stating that I had not submitted the proper paper work. At that time I resubmitted the papers, assuming that I was to ask for what the suit was asking for **SEE EXIBIT 2** at this time I submitted the presant request **SEE EXIBIT 3**

At this time I am asking that If all of the above is incorrect, would the Honorable Judge John W. Sedwick, please consider making a Judgement call and consider **SEE EXIBIT 4** as that was the original request that was set before this Honorable Court in the beginning before I really became confused.

FURTHER YOUR AFFAINT SAYETH NAUGHT

Dated this 27th day of January ,2006 at Palmer Correctional Ct.

Richards V. Hughes Case No A05-0004 CV (JWS)

Page 1 of 2

PRINCIPAL AMOUNT OF SUIT

| | |
|---|---|
| GENERAL GAMAGES IN THE AMOUNT OF | $ 1,000,000.00 |
| PUNITIVE DAMAGES IN THE AMOUNT OF | $ 2,000,000.00 |
| FUTURE MEDICAL EXPENSES | $   500,000.00 |

Plaintiff seeks Damages from PA Roger Hughes for Default in the amount of
$ 333,333.33

Plaintiff seeks Damages from PA Roger Hale for Default in the amount of
$ 333,333.33

and leaves the rest of the said amount up to the Descression of the Honorable Court

Total Amount of $ 666,666.66

I HEREBY CERTIFY THAT A COPY OF THE ABOVE STAEMENT WAS MAIL TO MARILYN j. kAMM ON JANUARY 27 2006

*Lee Roy Richards pro se*
LEE ROY RICHARDS

*Lee Roy Richards Pro se*
LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALSAKA 99645-0919

Richards V. Hughes et al Case No. A05-0004 CV (JWS)

EX 4

LEE ROY RICHARDS pro se
Palmer Correctional Ct
Box 919
Palmer, Alaska 99645-0919