# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

| | | | |
|---|---|---|---|
| To: | Lee R. Richards | Case Number: | A05-0004 CV (JWS) |
| | Box 919 | Case Title: | Richards v Hughes |
| | Palmer, AK 99645-0919 | Docket No: | #30 |

Document Title: Affidavit for Default Judgement Rule 55.(b)

RECEIVED
JAN 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

**LR 3.1 Papers to Accompany Filing**
___(a) Cover Sheet missing

___OTHER (see comments)

**LR 10.1 Form of Pleading**
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $ _____

*******************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

**FRCP 5(d) Serving & Filing Pleadings and Other Papers**
___ Discovery documents are not routinely filed

___ Depositions are not routinely filed

___ Pursuant to Court Order

___ OTHER (see comments)

**28:1914(a) Filing Fee**
___Returned for Filing Fee or waiver of fees

**FRCP 10 Form of Pleading**
___(a) Returned Complaint - Names of Parties not listed

*******************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, **if not corrected** within 7 days:

**LR 10.1 Form of Pleading**
___(e) First page information missing (see comments below)
**XX** (f) Document is not signed-there was no original filed

___ OTHER (see comments)

**LR 5.1 Proof of Service**
**XX** No proof of service on the document filed

*******************************************************************************************

**Comments:** All documents filed in this court must be in an original and a copy. Two copies of the affidavit were submitted for filing. Also, there was no proof of service on the defendants on the document filed.

Name: _Pam Richter_   Date: **June 21, 2005**

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Ex 2

Revised: April, 2004