RECEIVED
JAN 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

|   |   |
|---|---|
| PRINCIPAL AMOUNT OF SUIT | |
| GENERAL GAMAGES IN THE AMOUNT OF | $ 1,000,000.00 |
| PUNITIVE DAMAGES IN THE AMOUNT OF | $ 2,000,000.00 |
| FUTURE MEDICAL EXPENSES | $   500,000.00 |

Plaintiff seeks Damages from PA Roger Hughes for Default in the amount of
$ 333,333.33

Plaintiff seeks Damages from PA Roger Hale for Default in the amount of
$ 333,333.33

and leaves the rest of the said amount up to the Descression of the Honorable Court

Total Amount of $ 666,666.66

I HEREBY CERTIFY THAT A COPY OF THE ABOVE STAEMENT WAS MAIL TO MARILYN j. kAMM ON JANUARY 27 2006

*[signature]* LEE ROY RICHARDS pro se

*[signature]* LEE ROY RICHARDS
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALSAKA 99645-0919

LEE ROY RICHARDS pro se
Palmer Correctional Ct
Box 919
Palmer, Alaska 99645-0919

Richards V. Hughes et al Case No. A05-0004 CV (JWS)

Page 2 of 2

EX 4