Lee Roy Richards pro se
Palmer Correctional ct.
Box 919
Palmer, Alaska 99645-0919

RECEIVED
FEB 02 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

LEE ROY RICHARDS pro se        )
                               )
         PLAINTIFF,            )
                               )
    V.                         )
                               )
ROGER HUGHES et al             )
                               )
         DEFENDANTS,           )  CASE No A05-0004 CV (JWS)

OPPOSITION TO MOTION TO STRICK

Comes now Lee Richards pro se, and in his own right, opposes the Motion to strike on the grounds that the Defendants Violated the Constitutional Rights of Lee Richards by refusing to give Medical Attention to the Plaintiff Back (Vertebra) and very little medical attention to his (Right Shoulder) on the Following Dates.....4/23/03 - 7/28/03 - 8/12/03 - 8/15/03 - 8/21/03 - 8/22/03 - 10/2/03 - 10/7/03 - 11/4/03 - 11/16/03 - 12/17/03 - 12/24/03 - 1/6/2004 - 1/18/04 These dates represent the dates on the cop-outs, that were part of the DOC's Medical Records.

SEE EXHIBITS; B-4 THROUGH B-11

ALSO SEE; B-14 THROUGH B-19

Richards V. Hughes et al Case No. A05-0004 CV (JWS)

Page 1 of 2

And the Medical Transcript will also indicate that there was none to very little attention paid to this Plaintiff's injuries.

And because the prisoner cannot go and get Medical Attention elsewhere the Department of Corrections Medical Staff are required by law to insure that all Prison Inmates receive Adequate Medical Treatment anything less is a Violation of my Constitutional Rights.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 30th day of January, 2006 at Palmer Correctional.

Lee R. Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

I Certify that a true copy of the above OPPOSITION TO MOTION TO STRIKE was sent Postage Paid to MARILYN J KAMM (AG-Juneau)

Richards V. Hughes et al Case No. A05-0004 CV (JWS)

Page 1 of 2