# Health Care Progress Notes

| S-Subjective | O-Objective | A-Assessment | P-Plan |

**Name:** Richards Lee  17823  
**Date of Birth:** 10/8/59

| Date: | Time: | | Comments: |
|---|---|---|---|
| 4/28 | 0800 | Lab drawn Richards | PB |
| 24 APR 03 | 1130 | Lab Review: Routine screen: CBC & LFT's — | |
| | | O) LFTs: wnl except: | |
| | | AST 77 (2-50) | |
| | | ALT 115 (2-50) | |
| | | CBC = wnl | |
| | | A.) mild elevated LFT | |
| | | P.) Rev LFT's — in 2-3 mo. | |
| | | (See note 24 Apr '05) | PCC-MEDICAL |
| 6/13/03 | 1615 | Rx: Ibuprofen 800 mg i tid x 3d — | |
| 06/17/03 | | S) Ibuprofen 800mg i po tid prn | |
| | | (#30) | |
| 6-25-03 | 1910 | I/M in for PPD update. Denies sx PPD. Gave TB PPD given LFA Mantoux Lot# 1258AA Exp 11-04 | |
| 6-28-03 | 1830 | Read PPD now 0mm result | |
| 08/01/03 | | S) R shoulder pain — chronic | |
| | | O) pain — crepitus | |
| | | A) chronic R shoulder | |
| | | P) Rx x-ray R shoulder — | |
| | | HCR # mc 58466 | |
| 08/29/03 | | Answered cop-out | |

# Health Care Progress Note

| S-Subjective | O-Objective | A-Assessment | P-Plan |

| Name: Richards, Lee | 17823 | Date of Birth: 10-8-49 |

| Date | Time | Comments |
|---|---|---|
| 10-8-03 | | Lee c/o of s/c/o pain in shoulder. IM states during arrest hands were cuffed behind back. IM "cop pulled me out of their car & I heard my shoulder pop." States he passed out at that time. States he was passed out 6 hrs. States maced before he awake. He noted he was walking & "my R shoulder hurt." States has had pain since arrest was (2O2). Pain described from top shoulder to 2-3-4" down. States pain constant. States pain sharp pain & on movement. Pain rated during movement at any where from 7-10. During constant throbbing phase pain is 5. Movement. "Can not think anything that makes pain better except maybe non movement." Movement & "reaching" makes pain worse. Not requesting pain meds. IM wanting shoulder fixed. IM consent at this time. Will refer to PA — (signature) |
| 10/09/03 | | |
| 10/09/03 | 14:15 | S: c/o R shoulder pain 12-10-02 — injured during arrest. States there is a constant pain. States 24°/day if he doesn't move the shoulder |

Q-A

READ ABOUT PAIN

Department of Corrections Form #807
Rev. 3/95