# Health Care Progress Notes

S-Subjective  O-Objective  A-Assessment  P-Plan

| Name: Richards, Lee | MB23 | Date of Birth: 10/08/49 |

| Date | Time | Comments |
|---|---|---|
| 10/09/03 | 14:15 | S: "It doesn't hurt as much. He is on no medication & states he doesn't want medications. I am not a pill popper."<br>O: (R) Shoulder pain which has c̄ internal rotation & external rotation. There is joint tenderness at the superior deltoid insertion. Abduction to N 90° elicits severe pain, unable to hold at 90° against slight resistance. X-ray of (R) shoulder 08/14/03 shows old clavicle deformity distally suggesting old articular marginal fx.<br>A: (R) shoulder pain × N 8 months, improvement.<br>P: 1. Pt declines medication – suggested Tce bag prn for pain. 2. F/u c̄ Dr. Greathouse next visit for further Tx recommendations.<br>— [signature] |
| 10/14/03 | 0630 | S: Complains on gain shoulder pain for 10–11 months history, as noted above. States tried Ibuprofen but has burn and stomach irritation c̄ it, tries to minimize usage. (R) harder, still does ADL's c̄ (R) hand exercises worked as inchards.<br>O: Pain full Rom (R) new ABD 85° Flex 95° limited because of pain, also only able to ext to reach b/ferks. Continued<br>— [signature] |

Department of Corrections Form #807.06A
Rev. 3/95

B-5



## Health Care Progress Notes

S-Subjective | O-Objective | A-Assessment | P-Plan

**Name:** Richards Lee  17823   **Date of Birth:** 10-08-49

| Date | Time | Comments |
|---|---|---|
| 10/14/03 | | ⊕ pain c̄ resisted ABduction c̄ ↓ strength especially c̄ Int. Rot. ext Rot NT + impingement signs tender c̄ palpation on Ⓡ proximal humerus & other tenderness |
| | | x-ray 8-14-03 old clavicle fx. |
| | | A/P Ⓡ shoulder pain probable RC impingement demonstrated pendulum swings and walking wall c̄ fingers in Flex and ABD to do TID |
| | | start Naproxen 500mg 1 PO BID c̄ food for 2 weeks then BID PRN c̄ food for 2 wks KOP |
| | | if continued stomach irritation consider Ulcer** |
| | | Reevaluate in 3 weeks consider P.T. at that time. |
| | | /s/ G. Clouse |
| 11/4/03 | | S: Shoulder not improved Naproxen gave him nightmares so only taking at during day doing exercises motion a little better but pain still same |
| | | O: tender palpation superior Ⓡ joint line and biceps tendon Ⓡ ABD 90° Flex 100° both limited by pain ext 45° Ⓡ + impingement signs on Ⓡ |
| | | A/P Ⓡ RC impingement ? Biceps tendonitis  DC Naproxen start Nabumetone 500mg 2 tabs QD × 30 days |
| | | Refer to PT × 4 wks re-¿ after PT if no improvement plan refer to orthopedics |
| | | Dx Ⓡ shoulder impingement and Biceps tendonitis /s/ G. Clouse |

Department of Corrections Form #807
Rev. 3/95