# Health Care Progress Note
## Palmer Correctional Center

| Name: Richards, Lee | OBS# 17823 | DOB 10-8-49 |
|---|---|---|

| Date | Time | Comments |
|---|---|---|
| 11/3/03 | | Transf to MSU from Arr- Unit |
| 12/03/03 | | Nabumetone 500mg po QD x 30 days — Roy Hugh, PA |
| 12/05/03 | | This is cop-out re: MRI shoulder. Will refer over to Dr. Greathouse & Physical Therapy for continuation of care. Roy Hugh, PA |
| 12-17-03 | 2000 | See rec HCR 58527 dx & recommendations |
| 12-24-03 | 1545 | See rec HCR 51605 PT male |
| 12-26-03 | | See MR 51605 — doing better. W. Roger Hall, PA-C |
| 1-9-04 | | I/M due renewal of Nabumetone. Need to know if Rx is helping or not & if I/M wants to use it or not. W. Roger Hall, PA-C |
| 1-9-04 | 1900 | See above. Male I/M states Nabumetone not working, has been told to return Rx as order expired. Also see cop-out re: lump. I/M has redness & signs of lump/bump on buttocks & has pain. I/M states noticed about two days ago. Some present, some blood-filled, possibly a central lump. I/M is unsure of how I/M gets drainage from area. No drainage noted on exam. Referred to dr. |

Health Care Progress Note
Palmer Correctional Center

| Name: Richards, Lee | | OBS# 17823 | DOB 10-8-49 |
|---|---|---|---|
| Date | Time | Comments | |
| 1-10-04 | 1230 | Paged multiple times & security notified. No show. After discussing case c̄ RN Benoit it appears I/m has a PERIRECTAL ABSCESS. Sitz (hot) soaks 3-4 x/day. Cephalexin 500mg p.o. QID KOP x 10 days. F/u if not 100% resolved in 10 days, sooner if needed. — Roger Hal, PA-C | |
| 01/13/04 | | Med Review: Nabumetone (Relafen) 500mg po QD x 90 days. — Roy Hughes | |
| 1/18/04 | 0940 | S: "No improvement" c̄ shoulder(R) since completing PT 5/11 pc. in R shoulder and posing R arm over head to burning stopped. Rotator c3 "not helping". O: R Shoulder - AbN 90° Flex 100-110° pc c̄ ext and internal rotation (+) impingement sign. L shoulder AbN 120° flex 180° o/impegenes. Review R shoulder x-ray report 8/03 → old didd clavicle fr. A/P (R) Shoulder pain and ↓ ROM possible impingement syndrome failed conservative therapy of NSAIDS/PT will refer to orthopedic for evaluation. — Greatlocce | |
| 1/20/04 | 1000 | HCB # 58480 copied to AGO | |
| 1/20/04 | 1530 | Lee cap out Saw c/o shoulder pain TM c Rx chronic shoulder pain TM states he was seen by PA, complaining of leg bleeding, referred to specialist TM shown by the nurse — CardS | |