# Health Care Progress Notes

| S-Subjective | O-Objective | A-Assessment | P-Plan |

**Name:** Richards, Leo 17623   **Date of Birth:** 10-8-49

| Date | Time | Comments |
|---|---|---|
| 2-20-04 | 1450 | Cont. Benadryl — I/M has been on pain meds in past. I/M states he does not want pain meds — states they mess up his system. I/M states physical therapy — told he would see specialist. Sentencing pending. MRI to see why shoulder burning constantly. Well responds to PA. Son eval. —Benard |
| 2-20-04 | 1540 | flu on above. Resubmit MR 58480 to Dr. Bingham c̄ new information that (1) I/M is sentenced and (2) Projected EOS (3) Dr. Greathouse's Progress Notes. —W. Royer Hall, PA-C |
| 2-21-04 | 1600 | HCR 58480 faxed to Dr. Bingham c̄ Dr. Greathouse notes + x-ray report (2 pages) —Benard |
| 3-6-04 | 1850 | I/M sending in additional top-out for shoulder. Had extended fill in information faxed to Dr. Bingham 2/21/04. See above — awaiting approval. May need to have P.A. call ACO on Monday for follow up status. —Linda R |
| 3-8-04 | 1600 | Call to Camille @ ACO — gave HCR @ ACO awaiting evaluation. —Brooks |
| 3-21-04 | 1430 | Phone message left @ ACO on HCR 58480 to see if it has been approved or denied. —W. Royer Hall, PA-C |