# Request for Medical Care

Date: 4-23-03  Time: _____  Location: PCC

Prisoner's Name (Printed): LEE RICHARDS   OBSCIS#: 12823

Specific complaint or problem: Lower BACK PROBLum WOULD LiKE TO Know iF I CouLD goT An XRAy of LoweR BACK To FinD ouT How BAD my BACk is ouT of PLACE an iF iTS FixABLe

How long has problem existed? Sence Dec 1   Date of Birth: 10-8-49
Prisoner's Signature: Lee Richards

Correctional staff comments: _____

Date and time: _____   Name: _____

To be filled out by medical staff: Disposition and instructions: _____

Seen

Date and time: 04/29/03   Name: _____

B-8