STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS

## Request for Medical Care

Date: **7/28/03**      Time: **1900**        Location: **PCC**

Prisoner's Name (Printed): **LEE RICHARDS**      OTIS#: **17823**

Specific complaint or problem: On 12/1/0̸2̸ I was arrested by Sgt. Rick
Terry. In the process of taking me to jail, he apparently
dislocated my back and possibly broke a bone in my sholder
and what I need is for a X-ray taken of my back and sholder
so that I can find out what kind of dammage has been done.
The sholder has been very painful every since I was arrested
on Dec. 1,02. Is it possible to get an X-ray??? Thank You.

How long has the problem existed? Dec. 1-02        Date of Birth: 10/8/1949

c/c

Prisoner's Signature: _Lee Richards_

Correctional staff comments: _____

_____

_____

_____

_____

Date and time: _____      Name: _____

To be filled out by medical staff, disposition and instructions: _____

_____

_Seen_

_____

Date and time: **08/01/03**      Name: _Roy Hugh_

_____

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-9