C/C

# REQUEST FOR INTERVIEW
## (COP-OUT)

| Prisoner Name | OBSCIS# | Institution | Min / Med (Check One) | Date |
|---|---|---|---|---|
| RICHARDS LEE | 17823 | Palmer Correctional Center | X (Med) | 8-12-03 |

**To:** Medical P.A.

**Request:** I would like to know when you have me scedualed for X-Rays on my shoulder and back? My shoulder and back are not getting any better. This is the third time I have asked.

/s/ Thomas Lee

**Prisoner Signature:** Lee Richards

**Action Taken:** _____

**Employee Signature & Date:** _____

**Final Action Taken:** You will be x-rayed on the day you are scheduled to be x-rayed, if nothing happens to interfere with transportation. You know darn well I can't tell you when - /s/

**Instructions:** Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

**Distro:** Original to case record
Copy to prisoner
Copy to unit team

Form 20-604.11 rev. 12/98 mh