C/C

# REQUEST FOR INTERVIEW
## (COP-OUT)

| LEE RICHARDS | 17823 | Palmer Correctional Center | | XXX | 8/15/03 |
|---|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min | Med | Date |
| | | | (Check One) | | |

To: **P.A. HUGHES**

Request: I would like to know why I was scheduled to have X-Rays of my shoulder and not of my back, when they were both ,[I assumed] what I have been complaining about. As there was no problem with my back or shoulder until I was arrested by SGT. Terry on the night of DEC 1 of 02 .

**THANK YOU FOR YOUR TIME.**

Prisoner Signature: *Lee Richards*

Action Taken: _____

Employee Signature & Date: _____

Final Action Taken: _No back X-rays ordered_

PA.C 9-16-03

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within three (3) normal working days of receipt.

Distro:    Original to case record
B-11      Copy to prisoner
          Copy to unit team
Form 20-604.11 rev. 12/98 mh