# REQUEST FOR INTERVIEW
## (COP-OUT)

| LEE RICHARDS | 17823 | Palmer Correctional Center | xx | 8/22/03 |
|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min  Med (Check One) | Date |

To: __PA HALE__

Rec'd 9-3-03

**Request:** Over the last 8.5 months I have put in numerous cop-outs asking to have X-Rays taken of my shoulder and back because of the pain that I have when I move around. Finally I was sent in to have X-Rays, but they were only taken of my shoulder and not of my back. I realize that the institution is not responsible for my injuries that happened when I was arrested, but if you take a look at the medical records you will see that I wasn't even seen by medical when I was arrested at the initial intake, so I'm asking if I could have an X-Ray taken of my back for the purpose of finding out how bad my back was dislocated during the arrest by Trooper Terry.

Also I would like a written explanation of the extent of the damage that you see in the X-Rays as I plan to have the damage fixed in the near future. **THANK YOU FOR YOUR TIME.**

**Prisoner Signature:** _Lee Richards_

**Action Taken:**

**Employee Signature & Date:**

**Final Action Taken:** There is an old distal fracture of the clavicle (collar bone). No new fracture, all I have is the x-ray report, no actual x-rays. Are you requesting to be seen? I am not here to do your legal work for you — only to diagnose & treat medical issues

**Instructions:** Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

**Distro:** Original to case record
Copy to prisoner
Copy to unit team

Form 80-604 11/rev 12/98 mh