STATE OF ALASKA         DEPARTMENT OF CORRECTIONS

*CC*

## Request for Medical Care

Date: OCT 2 2002     Time: 2005     Location: PCC

Prisoner's Name (Printed): RICHARDS/LEE     OTIS#: 17823

Specific complaint or problem: The morning that I was arrested by Officer Rick Terry he damaged my shoulder and back, this happened during the arrest and I would like to get the damage in my shoulder fixed. So here is the question am I going to get the damage fixed or do I have to get a **LAWYER**? I have asked for X-Rays so I could find out what the damage was, nobody wants to tell me. I'm un-sentenced.

How long has the problem existed? 10 months     Date of Birth: 10/8/1949

Prisoner's Signature: *Lee Richards*

Correctional staff comments: _____

Date and time: _____     Name: _____

To be filled out by medical staff, disposition and instructions: Your threats are noted and will be added to your medical file. PA Hughes ordered your x-rays, which were done. Let me know if you would like to talk to him about the results. You have been given written results.

Date and time: 10-4-03     Name: [signature] PA-C

Department of Corrections, Form 807.02A
Rev. 9/02

R-15