STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS

C/C

## Request for Medical Care

Date: 10/7/03     Time: 1400     Location: PCC

Prisoner's Name (Printed): RICHARDS   LEE     OTIS#: 17823

Specific complaint or problem: Yes I would like to talk to someone about my shoulder and the pain that I'm having with it. The pain that i'm having is from when I was arrested, not from something that has happened before or after my arrest. This is a legitimate problem that i'm having with my back and shoulder

How long has the problem existed? 10 months     Date of Birth: 10/8/49

Prisoner's Signature: _Lee Richards_

Correctional staff comments:

Date and time: _____     Name: _____

To be filled out by medical staff, disposition and instructions:

seen today

Date and time: 10/09/03     Name: _Roy Hugh_

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-11