STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS

DR. HALE

## Request for Medical Care

Date: 11/4/03   Time: 1950   Location: PCC/MED

Prisoner's Name (Printed): LEE RICHARDS   OTIS#: 17823

Specific complaint or problem: I would like to know if it is possible for me to have an (MRI) taken to see if there is or isnot any damage to my shoulder or back as that would be a very good way to find out if there is anything to what I have been trying to te: about, in regards to the pain that I claim to have.

RETURN REQUESTED PLEASE.

How long has the problem existed? 12/1/02   Date of Birth: 10/8/49

Prisoner's Signature: *Lee Richards*

Correctional staff comments: _____

Date and time: _____   Name: _____

To be filled out by medical staff, disposition and instructions: will need to try the physical therapy for (4) weeks, we can have Dr. Evenhouse or Dr. Brzhm follow you & if symptoms don't improve, other measures can be taken.

Date and time: 12/05/03   Name: *Roy Haigh PA*

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-17