STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS
**REQUEST FOR INTERVIEW**
**MSPT**

Name: RICHARDS LEE   OB# 17823   MOD: A cot   Date: 11-16-03

To: JAN LARSON + MEDICAL

Request: (ONE REQUEST PER COP-OUT) I WAS INJURED BY officer TERRY THE NIGHT I WAS ARRESTED I HAVE ASK to get my SHOULDER Repaired along with my BACK. I Have Been ASKing To Be Repaired Sense I was sent up To PCC FEB 15TH ARE YOU DENYING me the MEDICAL THAT I Need

Prisoner Signature: Lee Richards

Action Taken:

Employee Signature:                          Date:

Final Action Taken: you are scheduled for Physical Therapy

Employee Signature: Roy Hugh MC   Date: 11/18/03

Instructions: Requests must be specific and state the action being requested (i.e.- interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record

Form 20-808.11                                Rev. 07/00