| RICHARDS LEE | 17823 | Palmer Correctional Center | XX | 1/18/04 |
|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min  Med (Check One) | Date |

To: **PA HUGHES**

Request: I would like to know what, if anything is being planed to take care of the problum with my shoulder. I know that your not going to do anything with my back. The Physical Theripy did nothing more k then irritate the shoulder. Now it not only gives me a pain every now and then, it also gives a burning feeling where the muscle was torn from the shoulder bone. And also my back still bothers me but like I mentioned in this cop-out I know that DOC will do nothing about it.

Prisoner Signature: *Lee Richards*

Action Taken:

Employee Signature & Date:

Final Action Taken: You are due a follow up with Dr. Greathouse on 1-20-04. Please come when called this time

*W[...] PA-C  1-19-04*

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within three (3) normal working days of receipt.

Distro: Original to case record
Copy to prisoner
Copy to unit team

B-19