Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Greathouse,
Hale and Hughes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE R. RICHARDS,             )<br>                              )<br>        Plaintiff,           )<br>                              )<br>vs.                           )<br>                              )<br>ROGER HUGHES ET AL.,          )<br>                              )<br>        Defendants.           )<br>_____) | Case No. A05-0004 CV (JWS) |

OPPOSITION TO MOTION TO AMEND AMENDED CLAIM FOR RELIEF
PURSUANT TO RULE 15(1)

Defendants oppose plaintiff's motion to amend amended claim for relief at docket 56.  He has failed to comply with Local Rule 15.1.  This rule mandates that a party who moves to amend a pleading must attach the signed original and one copy to the motion.  That party may not incorporate any prior pleading by reference.  Local Rule 15.1(2).   Secondly, the motion is confusing.  It is not clear to defendants what the

Opposition to Motion to Amend Claim
*Richards v. Hughes et al*, Case no. A05-0004 ci (JWS)
Page 1 of 2.

plaintiff is attempting to accomplish. This court has already set aside the entry of defaults against PA Hale and PA Hughes. The motion to amend claim should be denied.

Dated this 14th day of February, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
Marilyn J. Kamm
Assistant Attorney General

I certify that on February 14, 2006, I caused to be mailed a true and correct copy of the foregoing via U.S. Postal Service to:

Lee R. Richards
Palmer Correctional Center
P.O. Box 919
Palmer, AK  99645

_____
Marilyn J. Kamm

Opposition to Motion to Amend Claim
*Richards v. Hughes et al*, Case no. A05-0004 ci (JWS)
Page 2 of 2.

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 3 of 3.