Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hale and Hughes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS,            ) | |
| )                           | |
| Plaintiff,         ) | |
| )                           | |
| vs.                         ) | |
| )                           | |
| ROGER HUGHES ET AL.,        ) | |
| )                           | |
| Defendants.        ) | |
| _____ ) | Case No. A05-0004 CV (JWS) |

**REPLY TO PLAINTIFF'S RESPONSE TO DOCKET 39**

Plaintiff's response to docket 39 mischaracterizes the proceedings in this case, and does not excuse his failure to comply with the rules of court.  It was plaintiff who kept filing pleadings after the stay was entered, trying to obtain a default judgment against Physician Assistants Hale and Hughes.  Defendants were obligated to move to set aside the entry of default and file their oppositions to plaintiff's motions

Reply to Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 1 of 2.

for default judgment.  In any event, plaintiff must comply with the rules of court.  The defendants' motion to strike should be granted.

Dated this 14th day of February, 2006, at Juneau, Alaska.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By:
Marilyn J. Kamm
Assistant Attorney General

I certify that on February 14, 2006, I caused to be
mailed a true and correct copy of the foregoing
with first class postage, via the U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919

_____
Marilyn Kamm

Reply to Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 2 of 2.