Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hale and Hughes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROGER HUGHES ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-0004 CV (JWS) |

RESPONSE TO MOTION FOR CLARIFICATION AT DOCKET 57

After a deputy clerk issued the minute order on May 26, 2005, at docket 20 advising plaintiff that Mssrs. Hale and Hughes had not filed an answer, plaintiff asked this court to stay this case at docket 23.  Magistrate Judge Roberts granted his request on June 3, 2005.  See docket 24.  The deputy clerk who entered default on June 8, 2005, at docket 26 against Physician Assistants Hale and Hughes was apparently unaware of the stay.  The clerk who sent out the Notice of Non-Compliance with Rules

Reply to Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 1 of 2.

(plaintiff's exhibit 2) was also apparently unaware of the stay. Plaintiff is apparently unaware of the meaning and import of the stay he requested because he attempted to obtain default judgments against Hale and Hughes while the stay was in place. Defendants asked that the entry of default be set aside because it was improperly entered while the stay was in effect and they opposed the motion for default judgments on the same grounds.

Magistrate Judge Roberts set aside the improperly entered defaults on January 12, 2006. He also lifted the stay he had previously granted. The effect of his rulings is that the case must now be decided on its merits, which means that plaintiff will have to prove the alleged liability of all defendants as well as the amount of his alleged damages.

Dated this 16th day of February, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
Marilyn J. Kamm
Assistant Attorney General

I certify that on February 16, 2006, I caused to be
mailed a true and correct copy of the foregoing
with first class postage, via the U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919

_____
Patricia Bower, Law Office Assistant

Reply to Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 2 of 2.