Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hale and Hughes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ROGER HUGHES ET AL.,  )<br>  )<br>  Defendants.  )<br>_____ )  | Case No. A05-0004 CV (JWS) |

**REPLY TO PLAINTIFF'S SECOND OPPOSITION TO MOTION TO STRIKE**

Plaintiff's second opposition to defendants' motion to strike amended claim is non-responsive to the motion to strike.  Moreover, it was filed in contravention of the civil rules.  Plaintiff already filed a response at docket 55 to defendants' motion to strike.  He is not permitted to file a second opposition.

Plaintiff is required to follow the court rules in litigating his claims.

Reply to Second Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 1 of 2.

Rule 8 of the Federal Rules of Civil Procedure does not address amendment of claims. Plaintiff has not complied with Rule 15, the appropriate rule in this case, and his motion should be denied.

Dated this 17th day of February, 2006, at Juneau, Alaska.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Dept. of Law
CDCO
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-4043
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on February 17, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919

_____
Patricia Bower, Law Office Assistant

Reply to Second Opposition to Motion to Strike
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 2 of 2.