LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

**RECEIVED**

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LEE R. RICHARDS pro se )
)
PLAINTIFF, )
)
V. )
)
ROGER HUGHES et al )
)
DEFENDANTS, )
) CASE NO. A05-0004 CV (JWS)

OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

JAMES MILLER, APPELLANT V. LARRY NORRIS, ARKANSAS DEPT. OF CORR.

IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
247 F. 3d 736; 2001 U.S. APP. LEXIS 6209

HN6    42 U.S.C.A. § 1997e (a) provides that no action shall be
       brought with respect to prison conditions under 42 U.S.C.A. § 1983
       by a prisoner confined in any jail, prison, or other correctional
       facility until such administrative remidies as are available
       are exhausted. This provision does not require exhaustion
       of all remidies; it requires the exhaustion of such administrative
       remidies as are available. The plain meaning of the term
       "avialable" is capable of use for the accomplishment of
       a purpose: immediatly utilizable, accessible.

HN7    A remedy that prison officials prevent a prisoner from utilizing
       is not an "available remedy.

   While incarrcerated at Palmer Correctional Center I Lee Richards submitted cop-outs to Medical complaining about pain that I was having in my Back (lower back problem) I was seen on 4/24/03 by PA Hughes, and discussed the problem that I was having with my Back and my Shoulder. Nothing was done to help me, from 4/24/03 until 7/28/03 I put in several more cop-outs and never recieved answers to them so I started to make copies of the cop-outs before submitting them to Medical. (And I do have the Copies of those that I never brought out) However, I continued

LEE RICHARDS    V.  HUGHES et al    , In Case No. A05-0004 CV (JWS)

Page 1 of 3

handing in cop-outs and was seen several times, and discussed with the Medical staff my problems and ask several times if I could have my Back and shoulder looked at to no avail, so on the 20th day of August I submitted a Grievance **EXHIBIT B-12** of the privious evidense. At approximitily 10:AM the next morning SGT. McGinty called me out of the Law Library and tossed the Grievane on the table, and said that it was screened out and that was the end of the discussion. At no time did SGT. McGinty turn the Grievane over and offer me any of the options in the box that is on the back of the Grievance in the Prisoner's Response Box which states,



```
[    __I AM SATISFIED WITH THIS RESPONSE.                            ]
[    __I AM NOT SATISFIED WITH THIS RESPONSE.                        ]
[      BUT DO NOT WISH TO APPEAL.                                    ]
[      __AND DO INTEND TO APPEAL TO THE DIRECTOR OF INSTITUTIONS     ]
[                                       OR MEDICAL DIRECTOR.         ]
[                                                                    ]
[    PRISONER'S SIGNATURE_____DATE_____ ]
[                                                                    ]
```

After recieving the Grievance back I continued submitting cop-outs and asked to be seen and kept explaining to the Medical Staff that my back was Injured and that I needed help, all that they would do other then take some X-Rays of my Shoulder was try and get me to take their so called pain Medication which did nothing other then burn holes in my stomach.

Then on the 7th of January 2005 I filed in U.S. District Court this presant Case A05-0004 CV (JWS). On the Approximite date of April 8th to the 12th of 2005 SGT. McGinty came to me and ask me if I had a Copy of the Grievance and could he please make a copy of said Grievance, SGT. McGinty said at the time that he had misplaced his copy of the Grievance.

Somewhere between SGT. McGinty and Attorney General Marilyn Kamm the back page of the said Grivance was Mysteriously Omitted from the Grievance submitted by Attorney General Marilyn Kamm's Motion to Dismiss, making that Document a false document.

When I submitted that Grievance to SGT. McGinty to be Coppied, it was Compleate on both sides of the Grievance, When I recieved the Motion to Dismiss there was no such Complete Grievance there, which would show that the Prisoner's Response Box was ever signed by me as being given the Option of Appealing the Said Grievance, that in its self should make clear that I Exhausted all of my Administrative Remidies. But I did not

LEE RICHARDS V. HUGHES et al Case No. A05-0004 CV. (JWS)

LEE RICHARDS pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645

LEE RICHARDS pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

stop there, I went the extra Hundred Miles and kept putting cop-outs in to try and have the problem fixed without reverting to the Courts. I have done everything possible to my knowlage to try and do this all in the proper way, the Medical Staff and the Institution did not leave me with any other choice but to file charges.

    I know that the Courts do not recognize a two-sided document , but this document that I am sending is a true and exact copy of the Grievanceses used by the Department of Corrections here at Palmer Correctional Center, this is also a true and exact copy of all of the Grievanceses submitted by me to the United States District Court and also to Assistant Attorney General Marilyn Camm.

Therefore I respectfully submit this Grievane which is a True and Correct Copy of the Original Grievane as evidence that I was not given by McGinty the oppertunity to Appeal the said Grievance. This is also a true copy of all of the Grievanceses that were submitted by me to The United States District Court and To Att. Gen. Marilyn Kamm in all of my Litigation over this past year.

    THEREFORE THIS CASE SHOULD NOT BE DISMISSED.
    FURTHER YOUR AFFAINT SAYETH NAUGHT

    Dated this 15th Day of March, 2006 at Palmer Correctional Ct.

I certify that a true and correct copy of siad Opposition to dismiss was mailed to Marilyn J. Kamm (Asst. Att. Gen Juneau) on this 17th Day of March, 2006.

Lee R. Richards pro se

Lee Roy Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaksa 99645-0919