RECEIVED

## GRIEVANCE SCREENING FORM

MAR 23 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To: <u>Richards, Lee #17823</u>        <u>5345</u>
   Prisoner's Name/OTIS Number        Log Number
   <u>Palmer Correctional Center</u>
   Institution

Your grievance is being returned to you because: (see the applicable line checked below):

_____    a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.
_____    b. The grievance is not within the institution's or Department's jurisdiction.
**XXX**  c. The issue grieved was not first addressed informally.
_____    d. This issue was already grieved by the prisoner or by another prisoner and resolved.
_____    e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.
_____    f. This form is not filled out completely.
         Instructions: _____
         _____

_____    g. The grievance was not filed within 30 days.
_____    h. The grievance is grieving an action not yet taken.
_____    i. The grievance contains inappropriate use of obscene or profane words.
_____    j. The grievance is factually incredible or clearly devoid of merit.
_____    k. Specific relief sought is not clear.
_____    l. The grievance raises unrelated issues that should be presented in separate grievances.
_____    m. The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

_____ The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

<u>You need to ask to be seen by PA Hale first. He needs to order X-rays if
Needed. You cannot order X-rays yourself or demand them. Must use proper
procedures.</u>

08/21/2003                    _____
Date                          Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
               Prisoner
               Grievance Coordinator

Department of Corrections Form #808.03A
Rev. 04/02 Page 1 of 1

B-13

STATE OF ALASKA                                                 DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| Lee Richards | PCC 5/16 B | 17823 | 5345 |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY/ONE ISSUE PER GRIEVANCE. |
|---|---|
| 8/13/03 | |

   On Dec. 1 of 02 I was arrested by Trooper SGT. Rick Terry at or near pitman Rd. and Silver Rd in Wasilla, Alaska. During the arrest officer Terry dislocated my back as he pulled me out of the truck. After officer Terry handcuffed me and arrested me he man handled me enough to dislocate my shoulder or brake a bone. After numerous cop-outs the Medical PA sent me in for X-Rays of my shoulder but not of my back, every cop-out that I sent in mentioned the problem that my back was out of place. Now without the X-Rays I'm being denied proper medical care.
   I sent medical a cop-out on the 15/of Aug. asking why I wasn't given the X-Rays of my back, and the PA wrote back on the bottom of the cop-out that the X-Rays were not ordered.
   In all the cop-outs that I have sent into the PA's office I have always mentioned that my back was injured when the State Trooper pulled me from the truck.

(Attach additional pages if necessary.)

**I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking):**

   I'm asking for the damage that the State Trooper caused be taken care of, and repaired, that the PA send me in for X-Rays of my back. I'm asking for proper medical care.

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 8/20/03          PRISONER'S SIGNATURE: /s/ Lee Richards

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 8/21/03     GRIEVANCE COORDINATOR'S SIGNATURE: [signature]

FORM 808.03C  REV 4/94 (Previous Editions Obsolete)

B-12

| STATE OF ALASKA | PRISONER GRIEVANCE/ PAGE 2 | DEPARTMENT OF CORRECTIONS |
|---|---|---|
| PRISONER NAME | | LOG NUMBER |
| | | |

**INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:**

INVESTIGATION: I met with grievant on _____ at _____ hours.

INVESTIGATOR'S SIGNATURE _____ DATE _____

**SUPERINTENDENT'S FINDINGS AND DETERMINATION:**

SUPERINTENDENT'S SIGNATURE _____ DATE _____

**PRISONER'S RESPONSE:**

___ I AM SATISFIED WITH THIS RESPONSE.
___ I AM NOT SATISFIED WITH THIS RESPONSE.
  ___ BUT DO NOT WISH TO APPEAL.
  ___ AND DO INTEND TO APPEAL TO THE Director OF INSTITUTIONS OR MEDICAL Director.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Grievance Coordinator WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE _____ DATE _____

FORM DELIVERED TO PRISONER BY OFFICER _____
(PRINT NAME/SIGNATURE)     (DATE/TIME)

DISTRIBUTION:   Original to Prisoner Case File