Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hughes and Hale

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS,                )<br>                                             )<br>            Plaintiff,                    )<br>                                             )<br>      vs.                                  )<br>                                             )<br>ROGER HUGHES ET AL.,       )<br>                                             )<br>            Defendants.              )<br>_____)    | Case No. A05-0004 CV (JWS) |

RESPONSE TO OBJECTIONS TO RECOMMENDATION AT DOCKET 66

Plaintiff's objections to the Recommendation at docket 66 are without merit.  When Sgt. McGinty gave the Grievance Screening Form to plaintiff he was fully advised how to appeal from that decision.  At the bottom of the form the inmate was advised:

> If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing.  The appeal must be attached to your grievance and to this screening form.

Grievance Screening Form attached to plaintiff's objections; *see also* Affidavit of Sgt. McGinty.

Response to Objections to Recommendation at Docket 66
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 1 of 3.

While plaintiff Richards' "Prisoner Grievance" submitted by defendants did not include the second page of the grievance, that oversight is of no moment. Prisoner Grievance/Page 2 is left blank when a grievance is screened out. See Affidavit of Sgt. McGinty. Because the plaintiff's grievance was not accepted, the Investigator's Findings and Recommendations were not completed, nor was the Superintendent's Findings and Determination. And the Prisoner's Response was similarly left blank. That response pertains to the prisoner's acceptance or rejection of the Superintendent's response to the grievance; it does not pertain to the prisoner's acceptance or rejection of the decision made by Sgt. McGinty to screen out his grievance. *Id.*

Plaintiff was given the opportunity to appeal from the decision screening out his grievance. He failed to exhaust his administrative remedies. His case should be dismissed.

Dated this 29th day of March, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Response to Objections to Recommendation at Docket 66
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 2 of 3.

I certify that on March 29, 2006, I caused to be
mailed a true and correct copy of the foregoing
with first class postage, via the
U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919


By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us




Response to Objections to Recommendation at Docket 66
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 3 of 3.