Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hughes and Hale

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

LEE A. RICHARDS,                                  )
                                                  )
              Plaintiff,                          )
                                                  )
     vs.                                          )
                                                  )
ROGER HUGHES, ET AL,                              )
                                                  )
              Defendants.                         )
_____ )   Case No. A05-4 CV (JWS)

**AFFIDAVIT OF SGT. MCGINTY**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

      I, Sgt. McGinty, being first duly sworn, depose and state as follows on personal knowledge:

      1.    I am employed by the State of Alaska, Department of Corrections "DOC" as the Standards Officer at Palmer Correctional Center "PCC" and have previously signed affidavits for use in this case.

Affidavit of Standards Sergeant
*Richards v. Hughes et al.,* Case A05-4 CV (JWS)
Page 1 of 2.

2. Plaintiff Richards is correct with his statement that Page 2 of his grievance was not filed together with Page 1. That omission was an oversight.

3. The oversight is irrelevant, however. Prisoner Grievance/Page 2 is left blank when a grievance is screened out. Because the plaintiff's grievance was not accepted, the Investigator's Findings and Recommendations were not completed, nor were the Superintendent's Findings and Determination.

4. When a grievance is screened out, the Prisoner's Response on Page 2 is left blank. That response pertains to the prisoner's acceptance or rejection of the Superintendent's response to the grievance; it does not pertain to the prisoner's acceptance or rejection of the decision made by me to screen out his grievance.

5. The inmate was given instructions how to appeal from the Grievance Screening Form on the form itself. At the bottom of the page, below my signature, the inmate was advised, "If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form."

Further this affiant sayeth naught.

_____
Sgt. Michael McGinty

SUBSCRIBED AND SWORN TO before me this 29 day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4/11/09

Affidavit of Standards Sergeant:
Richards v. Hughes et al., Case A05-4 CV (JWS)
Page 2 of 2.