**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LEE R. RICHARDS,<br><br>        Plaintiff,<br>vs.<br><br>ROGER HUGHES et al.,<br><br>        Defendants. | A05-0004 CV (TMB)<br><br>**FINAL RECOMMENDATION<br>DEFENDANT GREATHOUSE'S<br>MOTION TO DISMISS<br>PLAINTIFF'S COMPLAINT**<br><br>(Docket No. 8) |

The Magistrate Judge has reviewed the plaintiff's (Mr. Richard's) objections to his recommendation that his complaint be dismissed. (Docket No. 67) The Magistrate Judge has also reviewed the defendants' response thereto. (Docket No. 68 affidavit at Docket No. 69). Nothing in Mr. Richard's objections would cause the Magistrate Judge to modify his initial recommendation. Indeed, the defendants' response is wholly persuasive. The form as presented to Richards was adequate. Quite simply, he inexcusably failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997(e).               CONCLUSION

For the foregoing reasons the Magistrate Judge hereby declines to modify his recommendation that defendant Greathouse's motion to dismiss at docket No. 8 as joined in by defendants Hughes and Hale should be **GRANTED,** and that this case should be dismissed.

DATED this <u>29th</u> day of March, 2006, at Anchorage, Alaska.

          <u>/S/ John D. Roberts</u>
          JOHN D. ROBERTS
          United States Magistrate Judge