Lee R. Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

RECEIVED
MAY 01 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

LEE R. RICHARDS pro se            )
                                  )
        PLAINTIFF,                )
                                  )
        V.                        )
                                  )
ROGER HUGHES  et al.              )
                                  )
        DEFENDANTS,               )
                                  )  CASE NO A05-0004 CV (JWS)

**MOTION FOR EXTENTION OF TIME**   (30 Days)

Comes now Lee R. Richards pro se and in his own right, asks this honorable Court for an Extention of time due to the fact that I was transfered from one facility of Palmer Corrections to an other and in the process of moving me the Corrections have seperated me from all of my legal materials, and I do not have Access to the Legal Materials at this time. When I recieve the materials that I have Ready to Copy and Send I will Mail them Forthwith.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 25th Day of April, 2006 at Palmer Correctional Ct.

_____
Lee R. Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

I certify that a copy of the above Motion for Extention of Time was Mailed to Marilyn J. Kamm (ASST. ATT. GEN) JUNEAU

RICHARDS  V. HUGHES et al     A05-0004 CV (JWS)