Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hughes and Hale

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| ROGER HUGHES ET AL., | ) |
|  | ) |
| Defendants. | ) |
| _____ | )  Case No. A05-0004 CV (TMB) |

REPLY TO OPPOSITION TO MOTION TO DISMSS

Plaintiff's submission of DOC Records/Copies of alleged informal resolution attempts does not show that he exhausted his administrative remedies prior to filing this lawsuit.  His grievance was "screened out" because Sgt. McGinty believed that he did not try to informally resolve his grievance prior to filing it.  If plaintiff believed that Sgt. McGinty's decision was in error because he had informally tried to resolve the matter, his recourse was for him to file an appeal to the Superintendent stating that his grievance was screened out in error.  However, he did not file an appeal to the Superintendent, and he consequently failed to exhaust his administrative remedies.  The fact that he later tried
Reply to Opposition to Motion To Dismiss
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 1 of 3.

to resolve the matter informally does not show that Sgt. McGinty erred when he screened the grievance out.

*Ngo v. Woodford*, 403 F.3d 620 (9th Cir. 2005) is distinguishable from the case at bar. In that case the Ninth Circuit ruled that Ngo exhausted his administrative remedies when his appeal was screened out because it was untimely. At that time Ngo completed all avenues of administrative review available to him. No further level of appeal remained in the state prison's internal appeals process. *Id.*, at 631. In contrast, in this case the defendants have shown that when plaintiff Richard's grievance was screened out, plaintiff could have filed an appeal challenging that decision. His claim at docket 66 that he was not given an opportunity to appeal was refuted by Sgt. McGinty's affidavit and the grievance form itself that expressly advised him that he could appeal. See docket 68 & 69.

Plaintiff's statement that DOC does not allow medical grievances is also incorrect. Policy and Procedure 808.03 Procedures D.1.A expressly provides for the filing of medical grievances. "A prisoner may file a medical grievance regarding medical treatment…" *Id. See* Docket 8, Exhibit A, p.6. In this case, plaintiff's grievance was screened out not because it was a medical grievance, but because he failed to informally try to resolve the matter.

Although he claims that he did not need to exhaust his remedies because the grievance system did not provide monetary relief, citing *Rumbles v. Hill*, 182 F.3d 1064, 1069 (9th Cir 1999), *cert.* denied 528 US 1074 (2000), that case is no longer good law. In 2001 the Supreme Court ruled that a prisoner must exhaust his administrative remedies even though the grievance system does not provide for monetary awards. *Booth v. Churner*, 523 U.S. 731 (2001).

Defendants respectfully request that this court enter its order of summary judgment in their favor that plaintiff failed to exhaust his administrative remedies.

Reply to Opposition to Motion To Dismiss
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 2 of 3.

Dated this 11th day of May, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on May 11, 2006, I caused to be
mailed a true and correct copy of the foregoing
with first class postage, via the
U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Reply to Opposition to Motion To Dismiss
*Richards v. Hughes et al.,* Case A05-0004 CV (JWS)
Page 3 of 3.