IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEE R. RICHARDS,<br><br>                Plaintiff,<br>   vs.<br>ROGER HUGHES, et al.,<br><br>                Defendants. | Case No. 3:05-cv-0004 TMB<br><br>O R D E R |

       Before the Court is Defendants' motion to dismiss for failure to exhaust administrative remedies.  Docket Nos. 8 (Mot.); 28 (Joinder); 13 (Opp'n); 14 (Reply).  The Honorable John D. Roberts, to whom this matter was initially referred, recommends that the motion be granted. Docket Nos. 66 (Initial R&R); 70 (Final R&R).

       On April 19, 2006, this Court entered an Order at Docket 71, noting its concern that Richards did not receive the notice required in the Ninth Circuit regarding submission of matters outside the pleadings when a motion to dismiss is treated as a motion for summary judgment.  The Court allowed Plaintiff further time to provide the Court with evidence supporting his claims. The Court ordered: "Should Richards deem it necessary to file a different opposition after reviewing this notice, he may so file **on or before May 5, 2006.**  Defendants may respond **on or before May 12, 2006.**  Any filing shall come directly to this Court, rather than to Judge Roberts.  If nothing is filed by that date, the Court will rule on Defendants' motion to dismiss based on the arguments Richards submitted in his first opposition."  Docket 71.

       Upon review of this matter, nothing further has been filed with the Court by Plaintiff. However, Defendants have filed an additional "Reply to Opposition to Motion to Dismiss" at Docket 74.  The content of Docket 74 suggests that Defendants received something from the Plaintiff in response to the Order at Docket 71 which was not received by the Court.

Accordingly, Counsel for Defendants is instructed to notify the Court by **June 13, 2006**, as to whether or not she received a document from Plaintiff in response to the Order at Docket 71. If so, Plaintiff shall have until **Friday, June 23, 2006,** to re-submit that document for the Court's consideration**. No submission of any additional documents is authorized by this Order.**

Dated at Anchorage, Alaska, this 6th day of June, 2006.

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

ORDER