Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Greathouse,
Hale and Hughes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LEE A. RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROGER HUGHES ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-0004 CV (JWS) |

**RESPONSE TO ORDER AT DOCKET 75**

Come now defendants, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby advise the court that they received the "Opposition to Magistrate's Recommendation and In Reply to Court's Order dated the 29th of March, 2006 For Failure to Exhaust Administrative Remedies" and "Case Summary" from Plaintiff in response to the Order at Docket 71.

Dated this 7th day of June, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on June 7, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Lee R. Richards
Palmer Correctional Center
PO Box 919
Palmer, AK  99645-0919

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us