LEE ROY RICHARDS pro se
PALMER CORRECTIONAL CT.
BOX 919
PALMER, ALASKA 99645-0919

RECEIVED
JUN 14 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LEE R. RICHARDS pro se )
PLAINTIFF, )
v. )
ROGER HUGHES et al )
DEFENDANTS, )

CASE NO. A05-0004 CV (~~JWS~~) TMB.

I DECLARE UNDER PENALTY OF PURJURY THAT ALL OF THE MEDICAL RECORDS THAT ARE SUBMITTED HERE AND NOW ARE A TRUE COPY OF MY MEDICAL RECORDS AQUIRED THROUGH THE DEPARTMENT OF CORRECTIONS, HEALTH INFORMATION DEPARTMENT OFFICE, LOCATED AT 1400 EAST FORTH AVENUE, ANCHORAGE, ALASKA 99501 AND SENT TO;

ATTORNEY BENJAMIN WHIPPLE, 418 WEST ARCTIC AVENUE, PALMER, ALASKA WHO IN TURN SENT THEM TO ME THROUGH THE UNITED STATES MAIL.

Lee Richards Pro se

Lee R. Richards pro se
Palmer Correctional Ct.
Box 919
Palmer, Alaska 99645-0919

I certify that a copy of the above Declaration along with a true copy of my Medical Records and a Summery of this Case was Mailed Postage Paid to Marilyn J. Kamm (ASST. ATT. GEN) JUNEAU,

Lee Richards Pro se

Leee R. Richards pro se

RICHARDS v. HUGHES, In Case No. A05-0004 (JWS)

SCANNED

LEE ROY RICHARDS pro se
palmer correctional ct.
BOX 919
Palmer, Alaska 99645-0919



# State of Alaska
**Department of Public Safety**
**Division of**

# Alaska State Troopers

**Frank Murkowski, Governor**
**William Tandeske, Commissioner**

March 18, 2005

Lee Richards
Palmer Correctional Center
Box 919
Palmer, Alaska 99645

Dear Mr. Richards,

I am in receipt of your correspondence date March 5th, 2005 requesting the name of an officer that assisted Sergeant Terry in carrying you from the Trooper post to the cell where you were lodged on the morning of December 1, 2002.

Based on a review of our records I am unable to determine whom, if anyone had assisted Trooper Terry in carrying you.

The correct AST Case Number is 02-85934.

Sincerely,

Major Joseph A Masters
Deputy Director

**State of Alaska**
**Department of Corrections**

Health Information Management Office
1400 East Fourth Avenue
Anchorage, Alaska 99501

April 7, 2004

Ben Whipple
Attorney at Law
481 West Arctic Ave.
Palmer, AK 99645

Re: Lee Richards

Paid

To Whom It May Concern:

**We are in receipt of your request for copies of medical records.**

As allowed by Alaska Statutes, the Department of Corrections assesses a duplication fee of $10.00 minimum up to 20 pages; .25 cents per page there after.

Mr. Richards' medical record consists of 46 pages x .25 per page equals $11.50. Upon receipt of your payment of $11.50, a copy of his record will be provided to you. Please make your check or money order payable to the State of Alaska, Department of Corrections and send to my attention at the above address. (We do not accept cash payments.)

Please let me know if I can be of further assistance.

Thank you,

Durena Schaefer

Durena Schaefer
Medical Records Administrator
907-269-4245
Fax: 907-269-4244



| RICHARDS LEE | 17823 | Palmer Correctional Center | | MED | 3/25/04 |
|---|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min | Med | Date |
| | | | (Check One) | | |

To: PA GRATEHOUSE AND/OR PA HUGHS

Request: I WOULD LIKE TO TALK TO YOU ABOUT HAVING A COPY OF MY MEDICAL RECORDS SENT OUT TO Mr. WHIPPLE (ATTORNEY AT LAW) I REALIZE THAT YOU ARE A VERY BUSY, IT'S VERY IMPORTANT FOR ME TO HAVE THESE RECORDS SENT OUT TO MR. BEN WHIPPLE.

SO IF THERE IS ANY WAY THAT YOU CAN FIND TIME IN YOUR BUSY SCHEDULE TO SEE ME ABOUT SIGNING A RELEASE FOR MY MEDICAL RECORDS I WOULD REALLY APPRECIATE THE TIME THAT YOU GIVE ME. THANK YOU,

Prisoner Signature:

Action Taken: You Need to Send an ROI From your attorney to Dyrena Schaefer at Central Office Records. FAX # 269-4244 He needs to send it to her Directly and Request Copies Thank You Medical

Employee Signature & Date:

Final Action Taken:

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

Distro: Original to case record

# RECORDS RELEASE CONSENT

DATE: MARCH 26 2004

Patient Name (print) LEE ROY RICHARDS

OBSCIS 00017823 Date of Birth

Name at time of treatment (if different from above) SAME

I, LEE R. RICHARDS hereby authorize PCC AND DEPARTMENT OF CORRECTIONS
Name of patient or person giving consent, if not patient — hospital, clinic, physical or other institution

To release the following information:

ANY AND ALL MEDICAL RECORDS AND COP-OUTS RELATING TO MEDICAL

Hospitalization and/or treatment from DECEMBER 1, 2002 (date) to DECEMBER 1, 2005 (date)

to MR. BEN WHIPPLE (ATTORNEY) 481 WEST ARCTIC AVENUE, PALMER, ALASKA 99645
address

The above information is released for the following purpose and that purpose only:

(PERSONAL)

This consent will expire on NO EXPIRATION or XXXXXXXXXXXXXXXXXXXX

Lee Richards
Patients Signature

Witness Signature

Records taken by: Patient
Relative or other
Mailed

SUBSCRIBED AND SWORN to before me at Palmer Alaska this 31st day of March, 2004.

Marian E Jansson
Notary Public in and for the State of Alaska
My commission expires: Sept 18, 2006

R - 40

# Request for Medical Care

Date: 4-23-03 Time: ____________ Location: PCC

Prisoner's Name (Printed): LEE RICHARDS OBSCIS#: 17823

Specific complaint or problem: Lower BACK PROBLUM WOULD LIKE TO KNOW IF I COULD GOT AN XRAY OF LOWER BACK TO FIND OUT HOW BAD MY BACK IS OUT OF PLACE AND IF ITS FIXABLE

How long has problem existed? Sence Dec 1 Date of Birth:

Prisoner's Signature: Lee Richards

Correctional staff comments: ____________

Date and time: ____________ Name: ____________

To be filled out by medical staff: Disposition and instructions: ____________

Seen

Date and time: 04/24/03 Name: [signature]

B-8

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

## Request for Medical Care

Date: 7/28/03 Time: 1900 Location: PCC

Prisoner's Name (Printed): LEE RICHARDS OTIS#: 17823

Specific complaint or problem: On 12/1/02 I was arrested by Sgt. Rick Terry, In the process of taking me to jail, he apparently dislocated my back and possibly broke a bone in my sholder and what I need is for a X-ray taken of my back and sholder so that I can find out what kind of dammage has been done. The sholder has been very painful every since I was arrested on Dec. 1,02. Is it possible to get an X-ray??? Thank You.

How long has the problem existed? Dec 1-02 Date of Birth

C/C

Prisoner's Signature: Lee Richards

Correctional staff comments:

Date and time: Name:

To be filled out by medical staff, disposition and instructions:

See [signature]

Date and time: 08/01/03 Name: [signature]

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-9

C/C

# REQUEST FOR INTERVIEW
(COP-OUT)

| RICHARDS LEE | 17823 | Palmer Correctional Center | | X | 8-12-03 |
|---|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min | Med | Date |
| | | | (Check One) | | |

**To:** MEDICAL P.A.

**Request:** I WOULD LIKE TO KNOW WHEN YOU HAVE ME SCEDUALED FOR X-RAYS ON MY SHOLDER AND BACK? MY SHOLDER AND BACK ARE NOT GETTING ANY BETTER. THIS IS THE THIRD TIME I HAVE ASKED. Thomas LEE

**Prisoner Signature:** Lee Richards

**Action Taken:**

**Employee Signature & Date:**

**Final Action Taken:** You will be X-Rayed on the day you are scheduled to be X-Rayed if nothing happens to interfere with transportation. You know darn well I can't tell you when - [signature] PA

**Instructions:** Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

Distro: Original to case record
Copy to prisoner
Copy to unit team

Form 20-604.11 rev. 12/98 mh

B-10

C/C

# REQUEST FOR INTERVIEW
# (COP-OUT)

| LEE RICHARDS | 17823 | Palmer Correctional Center | | XXX | 8/15/03 |
|---|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min | Med | Date |
| | | | (Check One) | | |

To: P.A. HUGHES

Request: I would like to know why I was scheduled to have X-Rays of my shoulder and not of my back, when they were both ,[I assumed] what I have been complaining about. As there was no problem with my back or shoulder until I was arrested by SGT. Terry on the night of DEC 1 of 02 .

THANK YOU FOR YOUR TIME.

Prisoner Signature: Lee Richards

Action Taken:

Employee Signature & Date:

Final Action Taken: No back X-rays ordered

[signature] PA-C 9-16-03

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

Distro: Original to case record
Copy to prisoner
Copy to unit team

3-11

Form 20-604.11 rev. 12/98 mh

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| Lee Richards | PCC 5/16 B | 17823 | 5345 |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY/ONE ISSUE PER GRIEVANCE. |
|---|---|
| 8/13/03 | |

On Dec. 1 of 02 I was arrested by Trooper SGT. Rick Terry at or near pitman Rd. and Silver Rd in Wasilla, Alaska. During the arrest officer Terry dislocated my back as he pulled me out of the truck. After officer Terry handcuffed me and arrested me he man handled me enough to dislocate my shoulder or brake a bone. After numerous cop-outs the Medical PA sent me in for X-Rays of my shoulder but not of my back, every cop-out that I sent in mentioned the problem that my back was out of place. Now without the X-Rays I'm being denied proper medical care.

I sent medical a cop-out on the 15/of Aug. asking why I wasn't given the X-Rays of my back, and the PA wrote back on the bottom of the cop-out that the X-Rays were not ordered.

In all the cop-outs that I have sent into the PA's office I have always mentioned that my back was injured when the State Trooper pulled me from the truck.

(Attach additional pages if necessary.)

I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking):

I'm asking for the damage that the State Trooper caused be taken care of, and repaired, that the PA send me in for X-Rays of my back. I'm asking for proper medical care.

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 8/20/03 PRISONER'S SIGNATURE: Lee Richards

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 8/21/03 GRIEVANCE COORDINATOR'S SIGNATURE: [signature]

FORM 808.03C REV 4/94 (Previous Editions Obsolete)

B-12

# GRIEVANCE SCREENING FORM

To: Richards, Lee #17823
Prisoner's Name/OTIS Number
Palmer Correctional Center
Institution

5345
Log Number

Your grievance is being returned to you because: (see the applicable line checked below):

_____ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.
_____ b. The grievance is not within the institution's or Department's jurisdiction.
XXX c. The issue grieved was not first addressed informally.
_____ d. This issue was already grieved by the prisoner or by another prisoner and resolved.
_____ e. The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.
_____ f. This form is not filled out completely.
Instructions:

_____ g. The grievance was not filed within 30 days.
_____ h. The grievance is grieving an action not yet taken.
_____ i. The grievance contains inappropriate use of obscene or profane words.
_____ j. The grievance is factually incredible or clearly devoid of merit.
_____ k. Specific relief sought is not clear.
_____ l. The grievance raises unrelated issues that should be presented in separate grievances.
_____ m. The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.
_____ The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision:

You need to ask to be seen by PA Hale first. He needs to order X-rays if Needed. You cannot order X-rays yourself or demand them. Must use proper procedures.

08/21/2003
Date

Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution: Original to Prisoner Case File
Prisoner
Grievance Coordinator

# REQUEST FOR INTERVIEW
## (COP-OUT)

| LEE RICHARDS | 17823 | Palmer Correctional Center | | xx | 8/22/03 |
|---|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min | Med (Check One) | Date |

Rec'd 9-3-03

**To:** PA HALE

**Request:** Over the last 8.5 months I have put in numerous cop-outs asking to have X-Rays taken of my shoulder and back because of the pain that I have when I move around. Finally I was sent in to have X-Rays, but they were only taken of my shoulder and not of my back. I realize that the institution is not responsible for my injuries that happened when I was arrested, but if you take a look at the medical records you will see that I wasn't even seen by medical when I was arrested at the initial intake, so I'm asking if I could have an X-Ray taken of my back for the purpose of finding out how bad my back was dislocated during the arrest by Trooper Terry.

Also I would like a written explanation of the extent of the damage that you see in the X-Rays as I plan to have the damage fixed in the near future. **THANK YOU FOR YOUR TIME.**

**Prisoner Signature:** Lee Richards

**Action Taken:**

**Employee Signature & Date:**

**Final Action Taken:** There is an old distal fracture of the clavicle (collarbone). No new fracture. All I have is the X-Ray report, no actual X-rays! Are you requesting to be seen? I am not here to do your legal work for you — only to Diagnose & treat medical issues

**Instructions:** Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

**Distro:** Original to case record
Copy to prisoner
Copy to unit team

Form 80-604 11 (rev 12/98 mh)

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

CC

## Request for Medical Care

Date: OCT 2 2002 Time: 2005 Location: PCC

Prisoner's Name (Printed): RICHARDS/LEE OTIS#: 17823

Specific complaint or problem: The morning that I was arrested by Officer Rick Terry he damaged my shoulder and back, this happened during the arrest and I would like to get the damage in my shoulder fixed. So here is the question am I going to get the damage fixed or do I have to get a LAWYER? I have asked for X-Rays so I could find out what the damage was, nobody wants to tell me. I'm un-sentenced.

How long has the problem existed? 10 months Date of Birth:

Prisoner's Signature: Lee Richards

Correctional staff comments:

Date and time: Name:

To be filled out by medical staff, disposition and instructions: Your threats are noted and will be added to you medical file. PA Hughes ordered your X-rays, which were done. Let me know if you would like to talk to him about the results. You have been given written results.

Date and time: 10-4-03 Name: [illegible], PA-C

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-15

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

C/C

## Request for Medical Care

Date: 10/7/03 Time: 1400 Location: PCC

Prisoner's Name (Printed): RICHARDS LEE OTIS#: 17823

Specific complaint or problem: Yes I would like to talk to someone about my shoulder and the pain that I'm having with it. The pain that i'm having is from when I was arrested, not from something that has happened before or after my arrest. This is a legitimate problem that i'm having with my back and shoulder

How long has the problem existed? 10 months Date of Birth:

Prisoner's Signature: Lee Richards

Correctional staff comments:

Date and time: Name:

To be filled out by medical staff, disposition and instructions:

Seen today!

Date and time: 10/09/03 Name: [signature]

Department of Corrections, Form 807.02A
Rev. 9/02

B-16

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

DR. HALE

## Request for Medical Care

Date: 11/4/03 Time: 1950 Location: PCC/MED

Prisoner's Name (Printed): LEE RICHARDS OTIS#: 17823

Specific complaint or problem: I would like to know if it is possible for me to have an (MRI) taken to see if there is or isnot any damage to my shoulder or back as that would be a very good way to find out if there is anything to what I have been trying to te[ll] about, in regards to the pain that I claim to have.

RETURN REQUESTED PLEASE.

How long has the problem existed? 12/1/02 Date of Birth:

Prisoner's Signature: Lee Richards

Correctional staff comments:

Date and time: Name:

To be filled out by medical staff, disposition and instructions: will need to try the physical therapy for (4) weeks, we can have Dr. Eyesthouse or Dr. Brizka follow you & if symptoms don't improve, other measures can be follow[ed]

Date and time: 12/05/03 Name: [signature]

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-12



STATE OF ALASKA DEPARTMENT OF CORRECTIONS

**REQUEST FOR INTERVIEW**
**MSPT**

Name: RICHARDS ... LEE OB# 17823 MOD: A cot Date: 11-16-03

To: JAN LARSON + MEDICAL

Request: (ONE REQUEST PER COP-OUT) I WAS INJURED BY OFFICER TERRY THE NIGHT I WAS ARRESTED I HAVE ASK TO GET MY SHOULDER REPAIRED ALONG WITH MY BACK. I HAVE BEEN ASKING TO BE REPAIRED SENSE I WAS SENT UP TO PCC FEB 15TH [redacted] ARE YOU DENYING ME THE MEDICAL THAT I NEED

Prisoner Signature: Lee Richards

Action Taken:

Employee Signature: Date:

Final Action Taken: You are scheduled for physical therapy

Employee Signature: [signature] Date: 11/18/03

Instructions: Requests must be specific and state the action being requested (i.e.- interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record

Form 20-808.11 Rev. 07/00

| RICHARDS LEE | 17823 | Palmer Correctional Center | | XX | 1/18/04 |
|---|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min | Med (Check One) | Date |

To: PA HUGHES

Request: I would like to know what,if anything is being planed to take care of the problum with my shoulder. I know that your not going to do anything with my back. The Physical Theripy did nothing more then irritate the shoulder. Now it not only gives me a pain every now and then, it also gives a burning feeling where the muscle was torn from the shoulder bone. And also my back still bothers me but like I mentioned in this cop-out I know that DOC will do nothing about it.

Prisoner Signature: Lee Richards

Action Taken:

Employee Signature & Date:

Final Action Taken: You are due a follow up with Dr. Greathouse on 1-20-04. Please come when called this time

[signature] PA-C 1-19-04

Instructions: **Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.**

Distro: Original to case record
Copy to prisoner
Copy to unit team

B-19

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

# Request for Medical Care

Date: 2/18/04 Time: 1900 Location: Med

Prisoner's Name (Printed): Richards Lee OTIS#: 17823

Specific complaint or problem: I was sentenced to 6 and 1/2 years on the 13 th of Feb and would like to know if I could get my shoulder and back checked out to see if we can come up with some kind of solution ~~to the pain and the problem that I'm having.~~

How long has the problem existed? 12/1/02 Date of Birth:

Prisoner's Signature: Lee Richards

Correctional staff comments: Triaged

Date and time: 2-20-04 1530 Name: [signature]

To be filled out by medical staff, disposition and instructions:

Date and time: Name:

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

B-1

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

## Request for Medical Care

Date: 3/4/04 Time: 1040 Location: PCC MED

Prisoner's Name (Printed): RICHARDS LEE OTIS#: 17823

Specific complaint or problem: On Dec 1 of 2002 I was arrested by (trooper terry) In the process of arresting me, my shoulder and back were damaged, and I have been trying to see if I could get the damaged fixed, the last time that I sent a cop-out in you said that I had to wait until I was sentenced before I could be sent to a specialist about the shoulder and back. I'M SENTENCED, I WOULD LIKE AN MRI, I WANT THIS FIXED.

How long has the problem existed? 16 months Date of Birth:

Prisoner's Signature: Lee Richards

Correctional staff comments:

Seen IM discussed awaiting approval

Date and time: 3-6-04 1830 Name: [signature] wt

To be filled out by medical staff, disposition and instructions:

Date and time: Name:

*Department of Corrections, Form 807.02A*
*Rev. 9/02*

R-21

COPY

# REQUEST FOR INTERVIEW
(COP-OUT)

| RICHARDS LEE | 17823 | Palmer Correctional Center | MED | 3/21/04 |
|---|---|---|---|---|
| Prisoner Name | OBSCIS# | Institution | Min Med (Check One) | Date |

MEDICAL

To: P.A. GREATEHOUSE OR P.A. HUGHES

Request: Since I have been sentenced I have sent in two cop-outs trying to find out if I am sceduaied to see a specialest about my shoulder and back , and to this date I have not received any kind of an answer as to what is in store or what you or centeral office is doing about my problem that I'm having with my Shoulder and back problems. ARE YOU DENYING ME THE PROPER MEDICAL THAT I"M ASKING FOR ? I WOULD REALLY LIKE TO HAVE SOME ANSWERS.

Prisoner Signature: Lee Richards 3-21-04

Action Taken:

Employee Signature & Date: {Recieved 1315 3-31-04}

Final Action Taken: I called Central Office again and left a message. I specifically asked for written approval or denial. I hope to hear on Monday

[signature] PAC 3-21-04

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests are to be responded to within three (3) normal working days of receipt.

Distro: Original to case record
Copy to prisoner
Copy to unit team

B-22

# Health Care Progress Notes

S-Subjective O-Objective A-Assessment P-Plan

Name: Richard Lee 17823 Date of Birth:

99645202
0297962

| Date: | Time: | Comments: |
| --- | --- | --- |
| 4/28 | 0800 | Lab drawn [illegible] |
| 24 Apr '03 | 1130 | Lab Review: — Routine screen: CBC & LFT's — |
| | | 1) LFS: WNL except: |
| | | AST 77 (2-50) |
| | | ALT 115 (2-50) |
| | | CBC = WNL |
| | | A) Mild elevated LFT |
| | | P) Rec LFT's — in 2-3 mo. |
| | | (See note 24 Apr '03) PCC-MEDICAL [illegible] |
| 6/13/03 | 1615 | Rx: Ibuprofen 800 mg i bid x 3d — [illegible] |
| | | [illegible] |
| 06/17/03 | | (S) Ibuprofen 800mg [illegible] |
| #30 tabs given | | #(30) [illegible] |
| | | [illegible] |
| 6-25-03 | 1910 | IM in for PPD update [illegible] PPD on TB PPD given LFA Mantoux Lot# 1258AA Exp 11-04 [illegible] |
| 6-28-03 | 1830 | (R) [illegible] PPD now 0mm [illegible] |
| 08/01/03 | | (S) (R) Shoulder pain - chronic |
| | | (O) [illegible] pain - crepitus, |
| | | (A): chronic (R) shoulder |
| | | (P): (Rx) X-Ray (R) shoulder — |
| | | [illegible] # [illegible] 58466 |
| | | [illegible] |
| 08/29/03 | | Answered cop-out [illegible] |

Department of Corrections Form #807.06A
Rev. 3/95

B-4-A

B-4

# Health Care Progress Note

S-Subjective O-Objective A-Assessment P-Plan

Name: Richards, Lee 17823 Date of Birth:

| Date: | Time: | Comments: |
|---|---|---|
| 10-8-03 | | See copout for c/o pain in shoulder. IM states during arrest hands were behind back. Per IM cop pulled me out of their car & heard my shoulder pop". States he passed out at that time. States he was passed out = 6 hrs. States when he awoke he noted he was walking & my shoulder hurt". States has had pain since arrest (12/02). Pain described from top of shoulder to 3-4" down. States pain constant. States pain sharp pain & ROM movement. Pain rated during movement at any where from 7-10. During constant aching phase pain 1-3. IM can not think anything that makes pain better except maybe more movement. Movement "reaching" makes pain worse. Not requesting pain meds. IM wanting shoulder fixed. IM consent at this time. Will refer to PA — [signature] |
| 10/09/03 | 14:15 | (S.) c/o (R) shoulder pain 12-01-02 — injured during arrest. States there is a constant pain. States 24°/day. If he doesn't move the shoulder |

Department of Corrections Form #807
Rev. 3/95

B-11

(cont) (3)

# Health Care Progress Note

S-Subjective O-Objective A-Assessment

**Name:** Richards, Lee 17823 **Date of Birth:**

| Date: | Time: | Comments: |
|---|---|---|
| 10/09/03 | 1415 | It doesn't hurt as much. He is on no medications & states he doesn't want medications. "I am not a pill popper." |
| | (O) | (R) shoulder pain which [illegible] internal rotation & external rotation. There is point tenderness at the superior deltoid insertion - Abduction to N 90° elicits severe pain; unable to hold at 90° against slight resistance. X-ray of (R) shoulder 08/14/03 shows old clavicle deformity distally suggesting old Articular marginal fx. |
| | (A) | (R) shoulder pain x N 8 months. [illegible] improvement. |
| | (P) | (1) [illegible] declines medication (2) Suggested Ice bag prn for pain. (3) F/u c Dr. Greathouse next visit for further Tx recommendations. [signature] |
| noted 10/14/03 | | |
| 10/14/03 | 1030 | S: Complains on going shoulder pain for 10-11 months history as noted above states tried Ibuprofen but heart burn and stomach irritation c it tries to minimize usage (R) handed still does ADL's c (R) hand exercises worked as mechanic |
| | | O: (L) arm full ROM (R) max ABD 85° Flex 95° limited because of pain also only able to ext to reach back pockets Continued |

[signature]

Department of Corrections Form #807.06A
Rev. 3/95

B.5 - A

# Health Care Progress Note

S-Subjective O-Objective A-Assessment P-Plan

Name: Richards Lee 17823 Date of Birth:

| Date: | Time: | Comments: |
|---|---|---|
| 10/14/03 | | Pain c̄ resisted ABduction c̄ ↓ strength especially c̄ Int. Rot. ext Rot NT + impingement signs tender c̄ palpation on (R) proximal humerus & other tenderness |
| | | X-ray 8-14-03 old clavicle fx. |
| | | A/P (R) shoulder pain probable RC impingement demonstrated pendulum swings and walking wall c̄ fingers in Flex and ABD to do TID |
| | | start Naproxen 500mg 1 PO BID c̄ Food for 2 weeks then BID PRN c̄ Food for 2 weeks KOP |
| | | if continued stomach irritation consider Vioxx |
| | | Reevaluate in 3 weeks consider P.T. at that time. |
| | | Gestlouse |
| 11/4/03 | | S: Shoulder not improved Naproxen gave him nightmares so only taking at during day doing exercises motion a little better but pain still same |
| | | O: tender palpation superior (R) joint line and biceps tendon (R) ABD 90° Flex 100° both limited by pain ext 45° (R) + impingement signs on (R) |
| | | A/P (R) RC impingement ? Biceps tendonitis |
| | | D/C Naproxen start Nabumetone 500mg 2 tabs QD × 30 days |
| | | Refer to PT ×4wks re ↓ after PT if no improvement plan referral to orthopedics |
| | | Dx (R) shoulder impingement and Biceps tendonitis / Gestlouse |

Department of Corrections Form #807.0...
Rev. 3/95

5

Health Care Progress Note
Palmer Correctional Center

| Name: Richards, Joe | OBS# 17823 | DOB |
|---|---|---|

| Date | Time | Comments |
|---|---|---|
| 11/3/03 | | Transf to MSPT from OCC - [illegible] |
| 12/03/03 | | Nabumetone 500mg po QD x 30 days |
| | | [signature] |
| 12/05/03 | | [illegible] ortho consult re: MRI shoulder - will refer over to Dr. Greathouse & Physical therapy for continuation of care |
| | | [signature] |
| 12-17-03 | 2020 | See rec HCR 58527 [illegible] recommendations [signature] |
| 12-24-03 | 1545 | See rec HCR 51605 PT note [signature] |
| 12-26-03 | | See MR 51605 - doing better. W. Roger Hall, PA-C |
| 1-9-04 | | I/m due renewal of Nabumetone. Need to know if Rx is helping or not & if I/m wants to use it or not. W. Roger Hall, PA-C |
| 1-9-04 | 1900 | [illegible handwritten note, mostly illegible] [signature] |

netpersonelnt

B-6-A

Health Care Progress Note
Palmer Correctional Center

| Name: Richards, Lee | | OBS# 17823 | DOB |
|---|---|---|---|
| **Date** | **Time** | **Comments** | |
| 1-10-04 | 1230 | Paged multiple times & security notified. No show. after discussing case c̄ RN Benoit it appears I/m has a PERIRECTAL ABSCESS | |
| | | Sitz (hot) Soaks 3-4 x/day | |
| | | Cephalexin 500mg p.o. QID KOP x 10 days | |
| | | f/u if not 100% resolved in 10 days, sooner if needed. | |
| | | Roger Hel, PA-C | |
| 01/13/04 | | Med Review: Nabumetone (Relafen) 500mg po QD x 90 days | |
| | | Roger [illegible], PA-C | |
| 1/[illegible]/04 | 0[illegible] | S: No improvement c̄ shoulder (R) since [illegible] PT still pain (R) shoulder and [illegible] (R) arm [illegible] to having stopped [illegible] | |
| | | O: (R) Shoulder - ABD 90° Flex 100-110° pain c̄ ext and [illegible] (+) impingement sign | |
| | | (L) shoulder ABD 170° flex 180° [illegible] | |
| | | [illegible] (R) Shoulder x-ray [illegible] 5/03 > old distal clavicle fx. | |
| | | A/P (R) shoulder pain and ↓ ROM possible impingement syndrome. [illegible] conservative therapy c̄ NSAIDS/PT [illegible] refer to orthopedic for evaluation | |
| | | [illegible] | |
| | | Gractiouse | |
| 1/20/04 | 1000 | HCR # 58980 handed to ACO [illegible] | |
| 2-20-04 | 1530 | [illegible — scribbled over] | |

netpersonelnt

B-6-B

# Health Care Progress Notes

S-Subjective O-Objective A-Assessment P-Plan

Name: Richards, Leo 17823 Date of Birth:

| Date: | Time: | Comments: |
|---|---|---|
| 2-20-04 | 1430 | Cont'd [illegible] to have seen [illegible] pain meds [illegible] I/M states he was [illegible] pain meds [illegible] states they mess up his system [illegible] states PT physical therapy was [illegible] he would see specialist [illegible] sentencing [illegible] MRI to see why [illegible] constantly [illegible] PA for [illegible] [signature] |
| 2-20-04 | 1540 | f/u on above. Resubmit MR 58480 to Dr. Bingham c̄ new iNformation that (1.) I/m is sentenced and (2.) Projected EOS (3) Dr. Greathouse's Progress Notes. W. Roger Hale, PA-C |
| 2-21-04 | 1600 | HCR 58480 faxed to Dr. Bingham c̄ Dr. Greathouse notes + x-ray report [illegible] pages total [signature] |
| 3-6-04 | 1530 | I/M sending in additional [illegible] for [illegible] should [illegible] sentenced [illegible] information faxed to Dr. Bingham 2/21/04 see above note (awaiting approval) may need to [illegible] PA call ACO on Monday [illegible] F/U [illegible] [signature] |
| 3-8-04 | 1600 | Call to Camille @ ACO [illegible] HCR @ ACO awaiting evaluation [signature] |
| 3-21-04 | 1430 | Phone message left @ ACO on HCR 58480 to see if it has been approved or denied. W. Roger Hale, PA-C |