IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEE R. RICHARDS,<br><br>         Plaintiff,<br><br>     vs.<br><br>ROGER HUGHES, et al.,<br><br>         Defendants. | Case No. 3:05-cv-0004 TMB<br><br>O R D E R |

      Before the Court is Defendants' motion to dismiss for failure to exhaust administrative remedies.  Docket Nos. 8 (Mot.); 28 (Joinder); 13 (Opp'n); 14 (Reply).  The Honorable John D. Roberts, to whom this matter was initially referred, recommends that the motion be granted. Docket Nos. 66 (Initial R&R); 70 (Final R&R).  Upon review of the file, this Court allowed Plaintiff further time to provide the Court with evidence supporting his claims.  Plaintiff has filed additional Objections, and Defendants have Replied.  Docket nos. 77 & 74.

      The additional briefing sheds no new light on Plaintiff's case.  The fact remains that once Plaintiff's grievance was screened for failure to address the matter informally, the next step was to appeal the decision to the Superintendent in writing.  See Docket 67, Exhibit at page 1. Plaintiff's failure to do so amounted to failure to exhaust administrative remedies as required by 42 U.S.C. § 1997(e).  Plaintiff's supplemental Objections to the Magistrate Judge's Recommendation of dismissal do show a number of cop-outs and requests for medical intervention for his back pain. However, they do not remedy his failure to exhaust his administrative remedies, and there is no question that the instructions regarding the next step in the administrative process were provided on the form in the exhibit at docket 67.

      Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation and Final Report and Recommendation, in conjunction with the parties' respective pleadings and the

additional pleadings requested, the Court hereby adopts the Recommendations in their entirety. Consequently, Defendants' Motion to Dismiss (Docket No. 8) is hereby **GRANTED.**

Dated at Anchorage, Alaska, this 20th day of June, 2006.

                                               /s/ Timothy M. Burgess
                                             **TIMOTHY M. BURGESS**
                                             United States District Judge