IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEE R. RICHARDS,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>ROGER HUGHES, ROGER HALE, GREATHOUSE<br><br>　　　　　　Defendant. | Case No. 3:05-cv-00004- TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_　　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　XXX　　**DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this case is DISMISSED.

APPROVED:

　s/ Timothy Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| | |
|---|---|
| June 21, 2006 | IDA J. ROMACK |
| Date | Clerk |